UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-25318-CIV-BLOOM/OTAZO-REYES

BLUEGREEN VACATIONS UNLIMITED, INC.,
a Florida corporation; and
BLUEGREEN VACATIONS CORPORATION,
a Florida corporation,

    Plaintiffs,

v.

MICHAEL A. MOLFETTA, an individual; and
MOLFETTA LAW, LLC,
a California limited liability company, *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiffs Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation's (together, "Plaintiffs") Notice of Telephonic Discovery Hearing [D.E. 70]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 32]. The undersigned held a telephonic hearing on this matter on April 27, 2021 (hereafter, "Hearing"). In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED that by **May 11, 2021**, Defendants Michael A. Molfetta and Molfetta Law, LLC shall:

    1. Serve amended responses to Plaintiffs' written discovery requests, without objections other than privilege and with proper certifications; and

    2. Produce <u>all</u> documents that are responsive to Plaintiffs' discovery requests, after bates-stamping all such documents and organizing them to correspond with the

discovery requests.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of April, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
     Counsel of Record