UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-25318-CIV-BLOOM/OTAZO-REYES

BLUEGREEN VACATIONS UNLIMITED, INC.,
a Florida corporation; and
BLUEGREEN VACATIONS CORPORATION,
a Florida corporation,

    Plaintiffs,

v.

TIMESHARE TERMINATION TEAM, LLC, a
Colorado limited liability company; VINDALOO
TRAVEL NETWORK, LLC d/b/a TIMESHARE
TERMINATION TEAM a/k/a TIMESHARE
TERMINATION TEAM, LLC, a Colorado limited
liability company; FREEDOM CONSUMER
SERVICES, LLC, d/b/a Timeshare Freedom Group,
d/b/a Timeshare Freedom, a Nevada limited liability
company; BRIAN STEPHEN WILBUR, an
individual; HOLLY WILBUR, an individual;
JORDAN SALKIN, an individual; MICHAEL A.
MOLFETTA, an individual; MOLFETTA
LAW, LLC, a California limited liability company;
*et al.*,

    Defendants.
_____/

## **ORDER**

    THIS CAUSE came before the Court upon Plaintiffs Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation's ("Plaintiffs") Amended Notice of Telephonic Hearing [D.E. 200]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 32]. The undersigned held a telephonic hearing on this matter on October 21, 2021.

    As discussed at the hearing, the parties have agreed on the methodology to be followed with respect to Phase 1 of the search process to be conducted pursuant to Paragraph 6 of the

Court's ESI Sanctions Order [D.E. 163]; and will submit an agreed order setting forth the time frame for the ESI vendor to conduct the Phase 1 search. The parties further indicated that they require additional time to discuss the methodology and time frame for conducting Phase 2 of the search process. Accordingly, it is

ORDERED AND ADJUDGED that a continued telephonic discovery hearing is hereby SET for **November 4, 2021 at 2:30 PM**. The parties shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 1104. Please dial in at least ten minutes before the hearing begins and wait until your case is called.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of October, 2021.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
Counsel of Record