UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-25318-BLOOM/Otazo-Reyes

BLUEGREEN VACATIONS UNLIMITED, INC.,
and BLUEGREEN VACATIONS CORPORATION,

      Plaintiffs,

v.

TIMESHARE TERMINATION TEAM, LLC,
*et al.*

      Defendants.

_____/

**ORDER ON MOTION FOR LEAVE TO FILE
EARLY MOTION FOR SUMMARY JUDGMENT**

**THIS CAUSE** is before the Court upon Defendants Molfetta Law, LLC, and Michael A. Molfetta (collectively, the "Molfetta Defendants") Motion for Leave to File an Early Motion for Summary Judgment, ECF No. [212] ("Motion"). Plaintiffs, Bluegreen Vacations Unlimited, Inc., and Bluegreen Vacations Corporation, filed a Response, ECF No. [231], and the Molfetta Defendants filed a Reply, ECF No. [233]. The Court has carefully considered the Motion, the Response, the Reply, the record in this case and the applicable law, and is otherwise fully advised. For the reasons that follow, the Motion is denied.

The Molfetta Defendants request leave to file an "early" summary judgment motion because, in their view, Plaintiffs' claims are baseless, discovery is unlikely to yield evidentiary support for those claims, and the claims rest on privileged communications. ECF No. [212]. As such, the Molfetta Defendants seek to avoid months of what they deem to be fruitless discovery. *Id.* at 2. Plaintiffs disagree, contending that their claims have merit and that discovery is likely to

provide additional support. ECF No. [231]. Plaintiffs further dispute that the attorney-client privilege will shield discovery. *Id.*

Neither this Court's procedures nor the Local Rules prohibit "early" summary judgment motions. Rather, absent good cause, "[t]he Local Rules . . . restrict multiple motions for summary judgment . . . to conserve judicial and party resources by preventing piecemeal filings and repeated motions." *United States v. Solomon by & through Solomon*, No. 20-82236-CIV, 2021 WL 5119290, at *2 (S.D. Fla. Nov. 1, 2021). To the extent the Molfetta Defendants are preemptively asking for permission to file successive summary judgment motions, the Court declines to give it. The Court will not speculate on what discovery will yield or prejudge the claims. Nevertheless, the Molfetta Defendants may file a summary judgment motion when they believe appropriate, but they will do so at the risk that the record may not support the good cause necessary for a successive motion.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [212]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 24, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record