UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 20-cv-25318-BLOOM/Otazo-Reyes

BLUEGREEN VACATIONS UNLIMITED, INC.,
*et al.*,

Plaintiffs,

v.

TIMESHARE TERMINATION TEAM, LLC, *et al.*,

Defendants.
_____/

**PLAINTIFFS' NOTICE OF JOINT LIABILITY OF DEFENDANTS
SYSTEMA MARKETING, INC. AND SHAYNA G. SCHROEDER**

Plaintiffs, Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation (collectively "Plaintiffs" or "Bluegreen"), respectfully submit, through undersigned counsel and pursuant to the Court's Order on Default Judgment Procedure [ECF 253], this Notice of Joint Liability of Defendants Systema Marketing, Inc. and Shayna G. Schroeder (collectively "Systema Defendants").

1. Plaintiffs instituted this action against Systema Defendants and other Defendants on December 30, 2020. *See* Compl. [ECF 1]. In short, Plaintiffs allege that Defendants operate a timeshare exit (or cancellation) scheme whereby they solicit Plaintiffs' customers with promises to cancel their valid and binding timeshare contracts with Bluegreen. *See* Compl. ¶¶ 1–21 [ECF 1]. Plaintiffs allege that Defendants ultimately seek to fulfill this promise by instructing or convincing Plaintiffs' customers to simply stop making their contractually required payments to Bluegreen. *Id.*

2.     Defendant Systema Marketing is one of the Marketing Defendants described in the Complaint. *See* Compl. ¶¶ 220–21 [ECF 1]. Working with Defendant Freedom Consumer Services, LLC d/b/a Timeshare Freedom Group, Systema Marketing solicits timeshare owners, including Bluegreen's customers, to offer the timeshare exit services of Timeshare Freedom Group. Defendant Shayna Schroeder is the owner and/or operator of Systema Marketing. *Id.*

3.     Plaintiffs allege that after Bluegreen's customers are solicited by Timeshare Freedom Group and/or Systema Marketing, these customers are referred to Defendants Harold O. Miller or Michael A. Molfetta/Molfetta Law, LLC. *Id.* at ¶ 222. These Lawyer Defendants allegedly provide "legal" services to Bluegreen's customers as part of the scheme to cancel the customers' timeshare contracts. *Id.*

4.     Plaintiffs allege that all Defendants, including Systema Defendants, are jointly and severally liable for the conduct set forth in the Complaint. For example, Plaintiffs allege that Defendants Timeshare Freedom Group and Systema Marketing are "mere instrumentalities" of each other and that all liability imposed on Timeshare Freedom Group should be "imposed jointly and severally" upon Systema Marketing. Compl. ¶ 35 [ECF 1]. In addition, Plaintiffs allege that, for its cause of action for tortious interference, Systema Defendants should be held jointly and severally responsible for Plaintiffs' damages, along with Defendants Timeshare Freedom Group, Jordan Salkin, Harold O. Miller, Michael A. Molfetta, and Molfetta Law, LLC. Compl. ¶ 242 [ECF 1].

5.     Liability attributable to Defendants Timeshare Freedom Group, Jordan Salkin, Harold O. Miller, Michael A. Molfetta, and Molfetta Law has not been determined. Defendant Timeshare Freedom Group is subject to a Clerk's Default. [ECF 161]. Defendant Jordan Salkin is proceeding *pro se*, but is the subject of a show-cause order for failing to participate in

discovery. *See* [ECF 198]. Defendants Harold O. Miller, Michael A. Molfetta, and Molfetta Law are participating in this litigation and represented by counsel.

Dated: January 5, 2021                                Respectfully submitted,

*/s/ Christian M. Leger*
**ERIC C. CHRISTU, ESQ.**
Florida Bar No. 434647
echristu@shutts.com
**JONATHAN P. HART, ESQ.**
Florida Bar No. 55982
jhart@shutts.com
**SHUTTS & BOWEN, LLP**
CityPlace Tower
525 Okeechobee Blvd., Suite 1100
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

and

**ALFRED J. BENNINGTON, JR., ESQ.**
Florida Bar No. 0404985
bbennington@shutts.com
**GLENNYS ORTEGA RUBIN, ESQ.**
Florida Bar No. 556361
grubin@shutts.com
**MICHAEL QUINN, ESQ.**
Florida Bar No. 84587
mquinn@shutts.com
**CHRISTIAN M. LEGER, ESQ.**
Florida Bar No. 0100562
cleger@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6755
Facsimile: (407) 849-7255

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2022, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the Court's CM/ECF filing system, which will serve a copy via electronic mail upon the following CM/ECF Participants, and on the aforementioned date I caused a true and correct copy of the foregoing to be served via U.S. Mail, postage prepaid, upon the following non-CM/ECF Participants:

| | |
|---|---|
| Omar M. Saleh, Esq.<br>Email: osaleh@floridalegalconsulting.com<br>Omar M. Saleh<br>Florida Legal Consulting, P.A.<br>9000 NW 44th Street, Suite 220<br>Sunrise, FL 33351<br>Telephone: (954) 305-5454<br>Facsimile: (954) 200-8755<br>*Attorney for Michael Molfetta and Molfetta Law, LLC*<br><br>Jonathan Etra, Esq.<br>Email: jonathan.etra@nelsonmullins.com<br>Email:  yusimy.bordes@nelsonmullins.com<br>Mark F. Raymond, Esq.<br>Email: mark.raymond@nelsonmullins.com<br>Email:  stacy.smith@nelsonmullins.com<br>Christopher Cavallo, Esq.<br>Email: chris.cavallo@nelsonmullins.com<br>Email: Claudia.orozco@nelsonmullin.com<br>Email: alfonso.orozco@nelsonmullin.com<br>Nelson Mullins Broad and Cassel<br>One Biscayne Tower, 21st Floor<br>2 S. Biscayne Blvd.<br>Miami, FL  33131<br>Telephone: (305) 373-9400<br>Facsimile: (305) 995-6449<br>*Co-Counsel for Michael Molfetta and Molfetta Law, LLC* | Todd M. Hoepker, P.A.<br>Email: toddhoepker@hoepkerlaw.com<br>TODD M. HOEPKER, P.A.<br>Post Office Box 3311<br>Orlando, FL  32802<br>Telephone: (407) 426-2060<br>Facsimile: (407) 426-2066<br>*Attorney for Defendant Harold O. Miller* |

## NON-CM/ECF PARTICIPANTS

| | |
|---|---|
| Jordan Salkin<br>1503 S. Coast Drive, Suite 202 | Freedom Consumer Services LLC d/b/a<br>Timeshare Freedom Group |

| | |
|---|---|
| Costa Mesa, CA 92626<br>PER COURT ORDER<br>and<br>Jordan Salkin<br>Booking # 3213378<br>Theo Lacy Jail<br>501 The City Dr. S.<br>Orange, CA 92867 | 1503 S. Coast Drive, Suite 202<br>Costa Mesa, CA 92626<br>PER COURT ORDER<br>and<br>Jordan Salkin<br>Booking # 3213378<br>Theo Lacy Jail<br>501 The City Dr. S.<br>Orange, CA 92867 |
| Brian and Holly Wilbur (Pro Se)<br>Email: holly@timeshareterminationteam.com<br>Email: brian@timeshareterminationteam.com<br>6511 N. Village Road<br>Parker, CO 80134<br>PER COURT ORDER | Timeshare Termination Team, LLC f/k/a<br>Vindaloo Travel Network, LLC d/b/a<br>Timeshare Termination Team<br>8300 E. Maplewood Avenue, Suite 300<br>Greenwood Village, CO 80111<br>PER COURT ORDER |
| Timeshare Termination Team LLC<br>12835 E. Arapahoe Road, Tower 1, Suite 500<br>Centennial, CO 80112<br>PER COURT ORDER | Shayna G. Schroeder<br>Systema Marketing, Inc.<br>P.O. Box 2618, #426<br>San Miguel Drive<br>Newport Beach, CA 92660<br>PER COURT ORDER (Doc 232) |

*/s/ Christian M. Leger*
**CHRISTIAN M. LEGER, ESQ.**

ORLDOCS 19296316 2