**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 20-cv-25318-BLOOM/Otazo-Reyes**

BLUEGREEN VACATIONS UNLIMITED, INC.,
a Florida corporation; and BLUEGREEN
VACATIONS CORPORATION, a Florida
corporation,

      Plaintiffs,

v.

TIMESHARE TERMINATION TEAM, LLC, a
Colorado limited liability company; VINDALOO
TRAVEL NETWORK, LLC d/b/a TIMESHARE
TERMINATION TEAM a/k/a TIMESHARE
TERMINATION TEAM, LLC, a Colorado limited
liability company; FREEDOM CONSUMER
SERVICES, LLC, d/b/a Timeshare Freedom Group,
d/b/a Timeshare Freedom, a Nevada limited liability
company; SYSTEMA MARKETING, INC., a
Nevada corporation; BRIAN STEPHEN WILBUR, an
individual; HOLLY WILBUR, an individual;
JORDAN SALKIN, an individual; SHAYNA G.
SCHROEDER, an individual; HAROLD O.
MILLER, an individual; MICHAEL A.
MOLFETTA, an individual; and MOLFETTA
LAW, LLC, a California limited liability company,

      Defendants.

_____/

**EXPERT REPORT OF**

**PHILIP J. SHECHTER, CPA/ABV, CVA**

**September 28, 2022**

Exhibit A

# Contents

INTRODUCTION.................................................................................................. 1

QUALIFICATIONS OF EXPERT ........................................................................ 1

DOCUMENTS CONSIDERED AND RESERVATION TO UPDATE.................... 1

BACKGROUND ................................................................................................... 1

ASSIGNMENT..................................................................................................... 4

ANALYSIS – Unpaid loan balances..................................................................... 4

ANALYSIS – Costs to service a timeshare exit file ............................................. 7

SUMMARY OF OPINIONS.................................................................................. 8

COMPENSATION ............................................................................................... 9

**INTRODUCTION**

1.    Nelson Mullins Riley & Scarborough, LLP ("**Counsel**") retained Shechter & Everett, LLP ("**S&E**) in connection with its representation of Molfetta Law, LLC and Michael Molfetta in this matter**.**  Counsel asked me to provide my opinions in regard to the damages claimed by the plaintiffs, Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation.

**QUALIFICATIONS OF EXPERT**

2.    I am a partner in the accounting firm Shechter & Everett, LLP. S&E provides forensic accounting, litigation support consulting and valuation services including, but not limited to, complex damages analyses in the context of litigation.

3.    I attached a copy of my curriculum vitae, which more fully presents my credentials and qualifications to serve as an expert witness in this matter (see **Exhibit A**).

4.    I have served as a consultant and an expert witness and I have testified at trial and arbitration on damages, business valuation, and forensic accounting throughout my 40-year professional career.  The attached **Exhibit B** lists the cases where I provided testimony during at least the past 4 years.

5.    I am not expressing any expert opinions on legal or other issues that are outside of my area of expertise in this matter.

**DOCUMENTS CONSIDERED AND RESERVATION TO UPDATE**

6.    This report includes my findings and opinions based on the information provided to me to date (see **Exhibit C**) and referenced herein.  I reserve the right to update and modify this report, if warranted, upon receipt of additional information as the case proceeds.

**BACKGROUND[1]**

7.    Bluegreen Vacations Unlimited, Inc. ("**BVU**") and Bluegreen Vacations Corporation ("**BVC**") (collectively, "**BG**", or "**Bluegreen**") filed this lawsuit against Michael Molfetta,

---

[1] The Background section is based on my review of the pleadings provided to me (see Exhibit C) and does not include my opinion(s).

Molfetta Law, LLC (collectively, "**Molfetta**"), et al., on December 30, 2020 and its First Amended Complaint on February 4, 2022 (the "**Complaint**").

8.  Molfetta is a solo-practice law firm located in Costa Mesa, California.

9.  Molfetta provides legal services for its clients in the practice areas of criminal defense, white-collar criminal defense, civil litigation and timeshare exits.

10.  Molfetta has been engaged as a legal advisor by a number of Bluegreen timeshare owners ("**BG Timeshare Owners**") that want to exit their respective Timeshare Contracts.

11.  The Complaint charges Molfetta with three (3) counts: Count IV, Contributory False Advertising in violation of §1125(A)(1); Count VII, Conspiracy to Commit Tortious Interference with Bluegreen's Timeshare Contracts; Count IX, Violation of Florida's Deceptive and Unfair Practices Act.

12.  According to the allegations in the Complaint, Bluegreen believes that Molfetta was part of a false advertising scheme, perpetrated by the various defendants, to injure BG.

13.  BG alleges that the defendants, namely Freedom Consumer Services, LLC (d/b/a Timeshare Freedom Group and Systema Marketing, Inc. (collectively, "**TFG**"), falsely advertised a solution for timeshare owners[2] to get out from their Timeshare Contracts.

14.  BG alleges TFG signs up timeshare owners for their service, a component of which is access to an attorney.

15.  Molfetta is one of the attorneys that TFG referred timeshare owners to for legal services.

16.  BG claims that Molfetta provides no legal services, whatsoever, and that the false advertising scheme only results in a loss to BG for the balance of any unpaid Timeshare Contracts and credit problems for the BG Timeshare Owners.

17.  Molfetta denies involvement in any such conspiracy theories and have testified that Molfetta provides a bona fide professional service to all of its timeshare owner clients, including its BG Timeshare Owner clients.[3]

18.  BG sets forth its computation of damages in Bluegreen Vacations Corporation's Second Amended and Supplemental Answers to Molfetta Law, LLC's First Set of Interrogatories, filed April 6, 2022, answer to interrogatory #14:

---

[2] TFG and Systema's advertising was directed at all timeshare owners, not only at BG Timeshare Owners.
[3] Zoom evidentiary hearing before Honorable Alicia M. Otazo-Reyes, U.S. Magistrate Judge, 7/21/2022.

> *AMENDED ANSWER: Bluegreen seeks actual damages against the Molfetta Defendants and the other Defendants, jointly and severally, for the loan balances of those Bluegreen Owners who defaulted as a result of statements made by Timeshare Freedom Group, Systema Marketing, or their agents or representatives. At present, those damages are $390,155.06. The method of calculation will be to add together the unpaid principal loan balance for all owners reflected on Exhibit A.*

19. One month earlier, in Plaintiffs' Second Amended Rule 26 Disclosures, filed March 25, 2022, BG claimed its Actual Damages against all defendants totaling $781,542.41 for the unpaid loan balances on the Timeshare Contracts.[4]

20. BG also claims $275,400.00 in Disgorgement Damages for the amount of funds paid to Molfetta by BG Timeshare Owners.[5]

21. In *Plaintiff, Bluegreen Vacations Unlimited, Inc's Unverified Second Amended and Supplemental Answers to Molfetta Law, LLC's First Set of Interrogatories*, filed April 6, 2022, BG includes Exhibits A and B ("**BG Exhibits**" A and B) in response to Interrogatories 1 and 2, respectively.

22. BG Exhibit A is a list of twenty-eight (28) BG Timeshare Owners defaulting after contact with the Defendants provided in response to interrogatory 1: *Identify each BG Timeshare Owner who is subject to Plaintiff's claims against Molfetta Defendants in this action*.

23. BG Exhibit B is a list of the same twenty-eight (28) BG Timeshare Owners, identifying Bates stamped documents that relate the underlying documents for each of the BG Timeshare Contracts.  This was produced in response to interrogatory 2: *Identify all contracts that are subject of Plaintiff's claims against Molfetta Defendants on this action, including the parties to the contracts*.

---

[4] Computation method per BG: *Aggregation of unpaid loan balances outstanding on mortgage loans owed to Bluegreen by Bluegreen timeshare owners that defaulted on their loans after their initial contact with one or more of the following: Freedom Consumer Services, LLC, Systema Marketing, Inc., Jordan Salkin, Shayna G. Schroeder, Michael A. Molfetta, or Molfetta Law, LLC.*
[5] BG also claims $1,243,847.65 of Disgorgement Damages from Defendants Freedom Consumer Services, LLC, Systema Marketing, Inc., Jordan Salkin and Shayna G. Schroeder.

3

**ASSIGNMENT**

24. Counsel requested that S&E perform the following services:

    - To analyze and compute the unpaid balances of the BG Timeshare Contracts claimed by BG and provide an expert opinion on Plaintiffs' damages.

    - To provide an opinion on the method of calculating the costs incurred by Molfetta to service a timeshare exit client file.

**ANALYSIS – Unpaid loan balances**

25. BG Exhibit A to the *Plaintiff, Bluegreen Vacations Unlimited, Inc.'s Unverified Second Amended and Supplemental Answers to Molfetta Law, LLC's First Set of Interrogatories*, filed April 6, 2022, is a list of twenty-eight (28) BG Timeshare Owners who are subject to Plaintiff's claims against Molfetta Defendants in this action.

26. We added the total of the unpaid loans reflected in the 'balance owed' column of BG Exhibit A, discussed above, and it amounts to $442,087.34.[6]  This is the amount owed on each of the unpaid BG Timeshare Contracts.

27. IRS Form 1099-A, Acquisition or Abandonment of Secured Property, is used by lenders to report interests in property used as collateral for a secured loan.  The form calls for the following information in regard to the loan and the property:

    a. Date of lender's acquisition or knowledge of abandonment

    b. Balance of principal outstanding

    c. Fair market value of property

    d. Whether the borrower was personally liable for repayment of the debt

    e. Description of the property

28. We were provided with Form 1099-A (see **Exhibit D**) issued by BG to seven (7) of the BG Timeshare Owners included in BG Exhibit A and we added that to the chart in column G, totaling $93,452.90.[7]

29. We observed that the reported fair market value of the property (Form 1099-A, Box 4) abandoned to BG by the BG Timeshare Owner, in these seven (7) instances is equal to the

---

[6] We noted that BG claims the Actual Damages, i.e., the unpaid loan balances, were $390,155.06 in its 4/6/2022 Interrogatory answers and $781,542.41 in its 3/25/2022 Plaintiffs' Second Amended Rule 26 Disclosures.
[7] BG provided eight (8) 1099-A forms, which included one duplication for loan ending in #4643, which we ignored – one issued for Heather Marie Crews and Tony Maria Chadd, who are mother and daughter.

ending unpaid loan balance.  This indicates that BG received back the timeshare and determined its fair market value equals the amount of the unpaid obligation under the Timeshare Contract.

30. Secured loans, such as the BG Timeshare loans, are collateralized by the property financed.

31. BG did not reduce its Actual Damages for the value of the security it received back, or could receive back, from the BG Timeshare Owners that would be available to the lender for sale to another party.

32. It also appears BG assumes that 'but for' the alleged interference by Defendants, all of the BG Timeshare Owners' loans would be paid in full through their maturity.  One would expect to find, as discovery continues in this lawsuit, that a percentage of these loans would have defaulted without interference from anyone.

33. We further assumed that the FMV of the loans claimed by BG, for which no 1099 was provided to us, would be valued by BG at the unpaid loan balance, too.  We entered the unpaid loan balance as the Assumed FMV in column H, amounting to $348,634.44.

34. Column I - shows the net sum of columns F, G and H, which indicates that BG received the value of the unpaid loan in the form of property.  Accordingly, BG is not damaged from the abandonment of the timeshares and the non-payment of the loans.  See chart below:

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| No. | Last Name | First Name | Delinquency | Loan No. | Balance Owed | FMV of abandoned property, per 1099 produced | Assumed FMV of property, no 1099 produced | FMV not received by BG (F-G-H) |
| 1 | Avne | Joshua and Tamina | 5/6/2019 | 2088903 | 9,574.72 | | (9,574.72) | - |
| 2 | Balbuena | Julia | 1/19/2020 | 639213 | 16,384.53 | (16,384.53) | | - |
| 3 | Barrios | Roxana | 1/27/2020 | 711249 | 10,454.88 | | (10,454.88) | - |
| 4 | Berber | Danny and Leyda | 7/7/2020 | 2138631 | 7,357.57 | (7,357.57) | | - |
| 5 | Bledsoe | Richard and Shelia | 8/24/2020 | 645077 | 8,160.58 | | (8,160.58) | - |
| 5.1 | Bledsoe | Richard and Shelia | 8/5/2020 | 711960 | 8,315.28 | | (8,315.28) | - |
| 6 | Cabral Flores | Gerardo | 6/16/2020 | 631215 | 10,286.48 | (10,286.48) | | - |
| 7 | Castillo | Jane | 10/26/2020 | 2198781 | 13,050.90 | | (13,050.90) | - |
| 8 | Castro | Eric | 9/11/2020 | 731873 | 8,542.87 | | (8,542.87) | - |
| 9 | Chambers | Donald and Martha | 7/11/2020 | 540816 | 5,117.67 | | (5,117.67) | - |
| 10 | Cheatham | Lamont and Lakiesha | 5/20/2021 | 538402 | 3,292.13 | | (3,292.13) | - |
| 11 | Crews | Heather | 9/22/2020 | 624623 | 6,710.66 | (6,710.66) | | - |
| 11.1 | Crews | Heather | 1/6/2020 | 655280 | 5,593.02 | (5,593.02) | | - |
| 12 | De Los Santos | Mariano and Evetty | 2/23/2021 | 2149613 | 6,557.98 | | (6,557.98) | - |
| 13 | Epperson | Silvina | 9/24/2021 | 2226410 | 12,838.16 | | (12,838.16) | - |
| 14 | Freeman | Karan and Charles | 8/7/2020 | 2125420 | 11,903.96 | | (11,903.96) | - |
| 15 | Hayes | Leslie | 6/17/2020 | 724234 | 14,559.17 | | (14,559.17) | - |
| 15.1 | Hayes | Leslie | 8/3/2020 | 2130474 | 37,338.15 | | (37,338.15) | - |
| 15.2 | Hayes | Leslie | 8/2/2020 | 2183273 | 41,258.21 | | (41,258.21) | - |
| 16 | Kerr | Joshua | 2/14/2021 | 2126624 | 23,175.30 | | (23,175.30) | - |
| 17 | Lopez Cuevas | Victor | 6/8/2020 | 599504 | 2,902.14 | | (2,902.14) | - |
| 17.1 | Lopez Cuevas | Victor | 6/1/2020 | 610534 | 7,440.67 | | (7,440.67) | - |
| 18 | Madubuobi | Joyce and Edward | 1/10/2021 | 2139321 | 10,091.46 | | (10,091.46) | - |
| 19 | McFadden | Katrina | 12/7/2018 | 678079 | 7,812.96 | (7,812.96) | | - |
| 20 | Puthupparayil | Andrews | 7/1/2021 | 2157186 | 7,129.92 | | (7,129.92) | - |
| 21 | Rodas | William | 1/12/2020 | 646575 | 9,046.96 | | (9,046.96) | - |
| 21.1 | Rodas | William | 6/14/2021 | 734569 | 23,374.88 | | (23,374.88) | - |
| 22 | Ross | Nina | 7/15/2021 | 1501717 | 6,686.70 | | (6,686.70) | - |
| 23 | Sadafian | Hakop and Trvanda | 6/28/2020 | 2182531 | 30,558.76 | | (30,558.76) | - |
| 24 | Sosa | Graciela | 8/6/2020 | 711652 | 9,054.97 | | (9,054.97) | - |
| 25 | Stephens | Jesse | 5/18/2021 | 2133901 | 7,401.98 | | (7,401.98) | - |
| 26 | Taylor | Michael and Tammy | 1/14/2022 | 2188820 | 15,279.57 | | (15,279.57) | - |
| 27 | Torres | Roberto | 10/15/2019 | 613075 | 5,526.47 | | (5,526.47) | - |
| 28 | Winfree | Amanda | 12/29/2019 | 716086 | 39,307.68 | (39,307.68) | | - |
| | | | | | $442,087.34 | ($93,452.90) | ($348,634.44) | $0.00 |

6

**ANALYSIS – Costs to service a timeshare exit file**

35. BG also claims entitlement to Disgorgement Damages from Molfetta Defendants.

36. BG claims Molfetta has ill-gotten gains in the form of professional fees amounting to $275,400.  Assuming, Molfetta received, or was entitled to receive, $600 per file[8], this amount indicates that Molfetta accepted 459 BG Timeshare Owner files.

37. Molfetta testified that he accepted 347 Bluegreen Timeshare Owners as clients of Molfetta, of which 109 had previously been serviced by another attorney, Harold Miller ("**Miller**"), who had retired.  Molfetta testified he did not receive compensation for the 109 files he took over from Miller.

38. Molfetta claims he also did not receive all of the fees owed to him by TFG, which is why he stopped accepting referrals from TFG in mid-2021.

39. Assuming Molfetta received 238 BG Timeshare Owner files from TFG (347-109=238), the gross amount of the fees to Molfetta would be $142,800 (238 x $600 = $142,800), not $275,400.

40. The average revenue per file, taking Miller's 109 files (which Molfetta agreed to service pro-bono) into consideration is $411 ($142,800/347 = $411), assuming Molfetta was paid $600 for each of the 238 files he accepted from TFG.

41. Assuming Disgorgement Damages would only apply to the twenty-eight (28) BG Timeshare files at issue in this lawsuit, as reflected in BG Exhibit A, then the gross revenue for the 28 files would amount to $11,508 and not $275,400.

42. The Disgorgement Damages claim by BG for $275,400, is based on an incorrect data as to the number of files.

43. In addition, Plaintiffs' claim for Disgorgement Damages must be based on the defendant's net profits, not gross revenues.[9]  Gross revenue does not consider the expenses Molfetta incurred to service the files, for example the wages to Molfetta staff.

---

[8] Molfetta testified at the July 21, 2022 Zoom Evidentiary hearing before Honorable Alicia M. Otazo-Reyes, U.S. Magistrate Judge, that he was to receive $600 per file.  He also testified at that hearing he was not paid in full for the files from TFG.

[9] 15 U.S. Code §1117 – Recovery for violation of rights, https://www.law.cornell.edu/uscode/text/15/1117.

44. Molfetta is currently accumulating the direct costs and an allocation of overhead costs associated with servicing a timeshare exit file, which should be an offset against the revenue to determine the net profits subject to disgorgement.

45. Most professional service firm revenues (e.g. in a law firm), are the product of hours times billing rate. Molfetta was to receive a flat $600 per file for the BG Timeshare Owners it accepted as referrals. He did not charge the BG Timeshare Owners hourly fees.

46. Analyzing the costs associated with servicing a file requires an analysis of the process, and the steps involved to provide legal services for timeshare exit files and, then, determining the hours necessary to complete all of the steps. Then, the hours are multiplied by the hourly pay rate of the employees to determine cost.

47. Molfetta has retained an outsourced consultant, Pat Mawhinney ("**Mawhinney**"), to assist in analyzing the costs of managing the BG Timeshare Owner clients of Molfetta.

48. We interviewed this individual and discussed his methodology, which we agree will result in an amount of the costs to service a timeshare exit file, to a reasonable degree of certainty.

49. These costs are proper to be used to reduce the revenues to net profits subject to disgorgement.

**SUMMARY OF OPINIONS**

50. BG seeks damages for what it claims are the unpaid loan balances on twenty-eight (28) BG Timeshare Owner files. BG has not accounted for the value of the collateral it either recovered, or could recover, from the defaulted loans. Based on the Forms 1099-A that have been produced, BG values the collateral equal to the outstanding loan balances, i.e., BG received back value equal to the amount of their loan receivable. BG has a right to recover the collateral from the other loans that would presumably be valued by BG consistent with the manner in which it reported the value on Form 1099-A in the seven instances we have the forms for. Accordingly, BG admits that it received value equal to the amount it claims as Actual Damages, therefore, BG has not been damaged.

51. BG also wrongly assumes the loans would all be paid through maturity.

52. The gross revenue claimed by BG for Disgorgement Damages is incorrect because it is based on the wrong number of files. In addition, Molfetta incurred expenses against the gross revenue. The method currently being undertaken by Molfetta Law and Mawhinney

to ascertain the cost per file is based on a detailed analysis of the time incurred to service a timeshare exit client file and an allocation of the firm's overhead on a pro-rata basis. In my opinion, the analysis currently being performed by Mawhinney will result in the cost per timeshare exit client file, to a reasonable degree of certainty.

**COMPENSATION**

53. S&E's compensation is not contingent on the outcome of this matter.  My standard hourly billing rate is $475, and the current hourly billing rates of other professionals that worked on this matter range from $150 to $400.

Respectfully submitted,

Philip J. Shechter, CPA/ABV, CVA

September 28, 2022





Exhibit A
www.se-forensics.com

# PHILIP J. SHECHTER, CPA, ABV, CVA

## CURRICULUM VITAE

### SUMMARY OF EXPERIENCE

Partner in the firm with 40 years of experience in audit, tax consulting, litigation support and business valuation services. In charge of firm's litigation support and business valuation services. Has been qualified as an expert and has provided expert testimony in depositions in excess of 3000 times in both state and federal courts all related to commercial litigation and family law engagements.

### EDUCATION

- University of Florida - Gainesville, Florida
  Bachelor of Science in Accounting - With Honors (1982)

### PROFESSIONAL DESIGNATIONS & MEMBERSHIPS

- Certified Public Accountant
  - Regulated by the State of Florida (1983)
  - Accredited in Business Valuation (ABV) (2006)
- American Institute of Certified Public Accountants - Member
  - Member - AICPA Business Valuation and Forensic & Litigation Services Section
- Florida Institute of Certified Public Accountants – Member
  - Member - FICPA Valuation, Forensic Accounting and Litigation Services Section
- National Association of Certified Valuation Analysts
  - Certified Valuation Analyst ("CVA") (1997)
- Association of Certified Fraud Examiners

### BUSINESS MEMBERSHIPS & ACCOMPLISHMENTS

- "Top CPA's and Financial Professionals", South Florida Legal Guide, 2016
- "Top CPA's and Financial Professionals", South Florida Legal Guide, 2015
- "Top CPA's and Financial Professionals", South Florida Legal Guide, 2014
- "The First Family Law American Inn of Court Award", Winner, 2013
- "Top CPA's and Financial Professionals", South Florida Legal Guide, 2013
- "Top CPA's and Financial Professionals", South Florida Legal Guide, 2012
- "Top 25 Litigation Support Accounting Firms", South Florida Business Journal, 2011
- "Top CPA's and Financial Professionals", South Florida Legal Guide, 2011
- "Top CPA's and Financial Professionals", South Florida Legal Guide, 2010
- "Top Impact CPA Leader Award" Winner, South Florida Business Leader, 2010
- "Key Partners Award" Winner, South Florida Business Journal, 2006
- "Excellence in Accounting Award" Finalist, South Florida Business Journal, 2005
- "Top CPA's in Litigation Support" Winner, South Florida Legal Guide, 2005
- "Excellence in Accounting Award" Finalist, South Florida Business Journal, 2004



- The Institute of Business Appraisers - Member
- Business Valuation Research Institute - Member
- International Academy of Collaborative Professionals - Member
- Collaborative Family Lawyers Institute – Member
- Collaborative Family Lawyers of South Florida, Inc. – Member
- Court appointed as a receiver, monitor and guardian in various matter

### COMMUNITY INVOLVEMENT

- Former Director of Biscayne Bank, Audit Committee & Asset and Liability Committee
- Kidside – Committee for 100 Friends of Kidside

### PUBLISHED ARTICLES

- Chapter 38, Tax Effects of Dissolution of Marriage June 2020 ("Matthew Bender and Company, Inc.")
- "Divorce by the Numbers", Family Advocate, 2011. Published by American Bar Association, Family Law Section
- "Stock Options and Divorce", Smart Business Magazine, October 2008 issue
- "See You In Court", Smart Business Magazine, October 2007 issue
- "Bridging a Breakup", Journal of Accountancy, October 2006 issue
- "Are alimony and child support taxable? If so, is there any way of structuring support payments to my ex to lower my taxes?" Special Feature 'Question & Answer' section Florida's Divorce Magazine, Marchand June 2004 issues
- "Divorce By the Numbers", Family Advocate, 2004. Published by American Bar Association, Family Law Section
- "Federal Income Taxes Affecting Real Estate", Bert Rodgers Schools of Real Estate, 1998 Edition

### LECTURES & PRESENTATIONS

- American Academy of Matrimonial Lawyers, May 06 2022 "Tax Implications for the Divorce Professional"
- 11th Judicial Circuit for Miami-Dade County Judicial Seminar Series, "Hidden Assets", "Supportive Relationships" and "KAA A "November 2018, Miami, Florida
- 11th Judicial Circuit for Miami-Dade County Judicial Seminar Series, "Financial Affidavit", "Alimony of child support", and "Business valuation" March 2018 Miami, Florida
- 11th Judicial Circuit for Miami-Dade County Judicial Seminar Series – "Alimony, Child Support and Equitable Distribution", July 27, 2017, Miami, Florida
- 11th Judicial Circuit for Miami-Dade County Judicial Seminar Series – "Forensic Examination, Business Valuation and Income Tax", June 20, 2017, Miami, Florida
- West Broward Estate Planning Council, "Estate Planning and Divorce", May 10, 2017, Weston, Florida.



Exhibit A
www.se-forensics.com

- 11th Judicial Circuit for Miami-Dade County Judicial Seminar Series - "FinancialAffidavit and Taxation", May 8, 2017, Miami, Florida
- American Academy of Matrimonial Lawyers, "Goodwill: Attacking the Citadel(Pros and Cons)", May 5, 2017, Orlando, Florida.
- American Academy of Matrimonial Lawyers, "The Accountants Perspective",January, 27, 2017, Orlando, Florida.
- The First Family Law Inns of Court, "Proposed Regulations Under Internal Revenue Code 2704 & Their Effect on Business Valuations in Family Law Cases",October 18, 2016, Miami, Florida.
- American Bar Association, Section of Family Law 2016 Spring CLE Conference,"How and Why Transparency Works for Family Law: The Transparency Team Presents the Hands-On-Approach", May 12, 2016, Pardise Island, Bahamas.
- University of Miami School of Law, "Alternative Dispute Resolution Methods andMotion Practice in Family Law", April 7, 2016, Miami, Florida.
- Lorman Education Services Seminar, "Advanced Tax Considerations in Divorce",February 15, 2016, Miami, Florida.
- University of Miami School of Law, "Role of a Forensic Accountant," February 11,2016, Miami, Florida.
- Florida Institute of Certified Public Accountants, Valuation, Forensic Accounting and Litigation Services Conference, "How to Successfully Manage your Family LawPractice," January 7, 2016 and January 8, 2016, Fort Lauderdale, Florida
- 11th Judicial Circuit for Miami-Dade County Judicial Seminar Series, "FinancialAffidavit & Taxation"
- September 21, 2015 and September 22, 2015, Miami, Florida
- 11th Judicial Circuit for Miami-Dade County Judicial Seminar Series, "ForensicExaminations and
- Business Valuations", October 16, 2015 and October 30, 2015, Miami, Florida
- The Role of Business Valuation in South Florida Accounting , Consulting, and Financial Firms, May 23,    2014, Coral Gables, Florida
- American Society of Appraisers, "The Role of Business Valuation in South Florida Accounting, Consulting, and Financial Firms" , May 23, 2014, Coral Gables, Florida
- American Academy of Matrimonial Lawyers, May 2, 2014 – May 3, 2014, Tampa,Florida
- Fort Lauderdale Estate Planning Council of Broward County, Inc., "Estate PlanningRe: Divorce", September 11, 2013.
- 11th Judicial Circuit for Miami-Dade County Judicial Seminar Series, "BusinessValuations and Forensic Examinations" and "Financial Affidavit and Taxation,"September & October, 2012, Miami, Florida
- American Academy of Matrimonial Lawyers, May 3, 2012 – May 5, 2012, Orlando,Florida
- University of Miami School of Law, "Role of the Forensic Accountant," March 8,2012, Miami, Florida
- Florida Venture Capital Forum Conference, Business Valuations, January 31, 2012,Naples, Florida



- American Academy of Matrimonial Lawyers, April 28, 2011 – April 30, 2011,Orlando, Florida
- University of Miami School of Law, "Role of the Forensic Accountant," February10, 2011, Miami, Florida
- 17th Annual Broward County Accounting & Auditing Seminar "Financial Affidavit,An OCBOA Statement", June, 18, 2010, Miami, Florida
- 17th Annual Miami-Dade County Accounting & Auditing Seminar "Financial Affidavit, An OCBOA Statement" , June 4, 2010, Miami, Florida
- American Academy of Matrimonial Lawyers "Celebrity Divorce and How to Applythe Same Techniques to Any Case", April 29
- May 1, 2010, Orlando, Florida
- The Florida Bar "The Use of Forensic Accountants to Figure Out Finances in FamilyActions", March 24, 2010, Miami, Florida
- The Florida Chapter of AFCC "Managing New Challenges" Riding the Wave to aBetter Future: Moving Toward Success in Family Law, March 12, 2010, Tampa,Florida
- The Collaborative Family Law Institute "The Collaborative Law Process: A NewWay of Doing Divorce", January 20, 2010, Miami, Florida
- American Bar Association Section of Family Law 2009 Fall CLE Conference
- "Today's Celebrity and High Net-Worth Client" Demonstration from the AlexRodriguez Divorce Case, October 7-10, 2009, Montreal, Quebec, Canada
- American Academy of Matrimonial Lawyers "Case Study on Business Valuation",April 30 – May 2, 2009, Orlando, Florida.
- Florida Bar – Family Law Section "Financial Affidavit by Forensic Accountants andCreative Attorneys in the French Quarter", April 16-17, 2009, New Orleans, LA
- AFCC - Florida Chapter "Thinking Outside the Box: Innovative Approaches to Families in the Courts", February 27-28, 2009,

Tampa, Florida
- Florida Institute of Certified Public Accountants "Preparation of Financial Affidavits in Divorce and OCBOA Financial Statement", May 16, 2008, Tallahassee,Florida
- American Academy of Matrimonial Lawyers "Understanding Corporate &Personal Tax Returns", May 8, 2008, Orlando, Florida
- Lorman Education Services Seminar "Divorce, Mediation, Accounting and TaxIssues", April 24, 2008, Miami, Florida
- Lorman Education Services Seminar "Divorce: Accounting and Tax Issues inFlorida", April 27, 2007
- Lorman Education Services Seminar "Divorce: Accounting and Tax Issues inFlorida", April 27, 2006
- University of Florida, Accounting Conference "Preparation of a Family LawFinancial Affidavit: An OCBOA Financial Statement", October 5, 2006,





Exhibit A
www.se-forensics.com

Gainesville, Florida

- Florida Institute of Certified Public Accountants, Guest Speaker "FinancialAffidavits"
- OCBOA Financial Statement", June 22, 2005
- American Academy of Matrimonial Lawyers, Mediation – The Act of Mediation –"Are You Ready To Settle?", 27th Annual Institute May 6th & 7th 2005, Tampa, Florida
- St. Thomas University, Lecture "Interviewing and Obtaining Information in aDivorce Case" November 14, 2005
- North Side Brokers Association, Guest Speaker Tax Issues for Realtors, April 21,2004
- Women's Council of Realtors, Miami Dade South Chapter, Guest Speaker "TaxIssues for Realtors", February 12, 2004
- "Family Mediation Training", Lecture for Mediation Services, Inc., December 7,2003
- Florida Institute of Certified Public Accountants, Guest Speaker "The Accountant'sRole in Litigation Support and Forensic Accounting", May 23, 2001

*Licensed in the State of Florida

**Exhibit B**

| Philip J. Shechter, CPA, ABV, CVA Expert Testimony Report January 2016 - February 2022 | | | | | | |
|---|---|---|---|---|---|---|
| Case Style | Testimony (T) Deposition (D) | Date | Attorney | Client | Case Number | Case Style: Commercial (C) Family (F) |
| Brewster, Bobby vs Crowe, Barbara | T | 02/21/2022 | Carla P. Lowry, Esq. | Barbara Crowe | FMCE21007861 | F |
| Data Payments  v. Brodsky | T | 02/11/2022 | Brian Barakat, Esq. | Data Payments | 2016-020026-CA-01 | C |
| Kramer, Robert v. Kerness, Mark | D | 02/04/2022 | Brian Valentine, Esq. | Mark Kerness | 2020-005444-CA-01 | C |
| Medic, Anita vs Medic, Michael Josip | T | 01/24/2022 | Richard A. Schurr, Esq. | Anita Medic | 2020-DR-001772 | F |
| Lopez, Felipe vs Lopez, Matilde | T | 01/14/2022 | Richard A. Schurr, Esq. | Felipe Lopez | 2020-000144-FC-04 | F |
| Reyes Candedo, Dennys vs. Martinez Estua, Eva Maria - (Neutral) | T | 1/11/2022 | Josh Bickman, Esq Liliana Loelb, Esq. | Reyes Candedo, Dennys vs. Martinez Estua, Eva Maria - (Neutral) | 2020-005231-FC-04 | F |
| Drummond, Christopher vs. Ravlyk, Yaryna | T | 12/13/2021 | Jordan Abramowitz, Esq. | Yarina Ravlyk | 2020-3590-FC-04 (07) | F |
| Zaldivar, Johanna vs Ruiz, Miguel, A | T | 12/02/2021 | Carlos Muniz, Esq. | Johanna Zaldivar | 2019-008497-FC-04 | F |
| Ruiz, Mario vs Ruiz, Elizabeth | T | 11/22/2021 | Anastasia Garcia, Esq. | Mario Ruiz | 2020-007346-FC-04 | F |
| MSH International, Inc. – Juan Gaitan D | D | 11/22/2021 | Brian Barakat, Esq. | Juan Gaitan | | C |
| Cutino, Elizabeth M. vs. Cutino, Juan A. | T | 11/16/2021 | Karim Batista, Esq. | Elizabeth Cutino | 2020-002823-FC-04 | F |
| Black River Motel, LLC; CHAB Development, LLC; CRAZ Investments, LLC; Jonesburg Sawmill & Pallet Co., Inc. | T | 11/12/2021 | Brian Valentine, Esq. | Black River Motel, LLC | 21WA-CC00250 | C |
| Data Payment Systems, Inc. D/B/A One Payment v. Christopher Caso, et al. | D | 10/29/2021 | Brian Barakat, Esq. | Data Payment Systems | 2017-015057-CA-01 | C |
| Navarro, Pablo vs Navarro, Morella | T | 10/20/2021 | Ricardo Pines, Esq. | Pablo Navarro | 2021-002297-FC-04 | F |
| Giffen, James T., Sr. and Giffen, Inez A. | T | 10/06/2021 | Natasha Shaik, Esq. | Zaida Housley | 2020-004870-CP-02 | C |
| Fiallo, Nivaldo vs Fiallo, Yuly | T | 09/29/2021 | Sandra Hoyos, Esq. | Nivaldo Fiallo | 2019-016064-FC-04 | F |
| Ruiz, Mario vs Ruiz, Elizabeth | T | 09/10/2021 | Anastasia Garcia, Esq. | Mario Ruiz | 2020-007346-FC-04 | F |
| Ruiz, Mario vs. Ruiz, Elizabeth | T | 09/09/2021 | Anastasia Garcia, Esq. | Mario Ruiz | 2020-007346-FC-04 | F |
| Hernandez, Moises vs Hernandez, Ana | D | 09/02/2021 | Natalie S. Lemos, Esq. | Ana Hernandez | 2020-009581 FC 04 | F |
| Malek, Marguerite vs. Malek, Pierre Marc | T | 08/27/2021 | Jordan Abramowitz, Esq. | Pierre Malek | 2019-016957-FC-04 | F |
| MSH International, Inc. – Juan Gaitan | T | 08/26/2021 | Brian Barakat, Esq. | Juan Gaitan | CACE -17-006276 | C |
| Hernandez, Moises vs Hernandez, Ana | T | 08/25/2021 | Natalie S. Lemos, Esq. | Ana Hernandez | 2020-009581 FC 04 | F |
| Jose Babun Trust - Philip Shechter, Trustee | T | 08/19/2021 | Andrew Cummings, Esq. | Jose Babun Trust | 2019-002794-CP-02 | F |
| Charbonneau, Robert vs. Charbonneau, Patricia | T | 08/17/2021 | Barry Yablen, Esq. | Patricia Charbonneau | 2018-029043-FC-04 | F |
| Meruelo, Maria vs Meruelo, Richard | T | 08/13/2021 | Raymond J. Rafool, Esq. | Maria Meruelo | 2019-018029 FC 04 | F |
| Hernandez, Moises E. vs Hernandez, Ana M. | T | 08/03/2021 | Natalie S. Lemos, Esq. | Ana Hernandez | 2020-009581-FC-04 | F |
| Meruelo, Maria vs Meruelo, Richard | T | 07/23/2021 | Raymond J. Rafool, Esq. | Maria Meruelo | 2019-018029 FC 04 | F |

# Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Hernandez, Pablo A. vs. Vidal, Vicky R. | T | 07/08/2021 | Sandra Hoyos, Esq. | Pablo Hernandez | 2019-023892-FC-04 | F |
| Porges, Malka and Porges, Reuven | T | 06/30/2021 | Charles F. Miller, Esq. | Malka Porges | 2000-10196-FC 38 | F |
| Vasco, Natalia vs. Pinzon, Juan | T | 06/15/2021 | Vanessa Morelli, Esq. | Natalia Vazco | 2020-018033-FC-04 | F |
| Ko, Jiyon vs. Miller, Randy | T | 06/10/2021 | Jonathan Jonaz, Esq. | Jiyon Ko | 2019-014796-FC-04 | F |
| Meruelo, Maria vs Meruelo, Richard | T | 06/09/2021 | Raymond J. Rafool, Esq. | Maria Meruelo | 2019-018029 FC 04 | F |
| Diaz, Maria vs Gonzalez, Edwin | T | 05/26/2021 | Richard A. Schurr Esq. | Maria Diaz | 2019-002723-FC-04 | F |
| Diaz, Maria vs. Gonzalez, Edwin J. | T | 05/25/2021 | Richard A. Schurr, Esq. | Maria Diaz | 2019-002723-FC-04 | F |
| Castillo, Celestino vs Correa- Castillo, Karolyn | D | 05/14/2021 | Gregory Borgognoni, Esq. | Celestino Castillo | 2019-020278-FC-04 | F |
| Solorzano, Eduardo J. vs. Rodriguez, Claudia Vannesa | T | 05/05/2021 | Madeline Diaz, Esq. | Claudia Rodriguez | 2007-005958-FC-04 | F |
| Meruelo, Maria vs Meruelo, Richard | T | 05/04/2021 | Raymond J. Rafool, Esq. | Maria Meruelo | 2019-018029 FC 04 | F |
| McWeeney, Francesca vs McWeeney, Donald, II | T | 05/03/2021 | Michael Schlesinger, Esq. | Francesca McWeeney | 2019-000802-FC-04 | F |
| McWeeney, Francesca v McWeeney, Donald II | D | 04/30/2021 | Michael Schlesinger, Esq. | Francesca McWeeney | 2019-000802-FC-04 | F |
| Bennett, Collen (TR) et. al. vs. Galbut, Jared et al. | T | 04/27/2021 | Craig Shankman, Esq. | Jared Galbut | 2020-013854-CA-01 | C |
| Ruiz, Mario vs. Ruiz, Elizabeth | T | 04/19/2021 | Anastasia Garcia, Esq. | Mario Ruiz | 2020-007346-FC-04 | F |
| Corrales, Celso vs. Corrales, Jeanette | T | 04/08/2021 | Jose Carlos Boffil, Esq. | Celso Corrales | 2015-008600-FC-04 | F |
| Maiquez, Adonis vs Ceara, Lourdes | T | 03/26/2021 | Jose Carlos Boffil, Esq. | Adonis Maiquez | 2016-010817-FC-04 | F |
| Echevarria, Ilana vs. Echevarria, Alexis | D | 03/26/2021 | Steven Nullman, Esq. | Alexis Echevarria | 2018-022922-FC-04 | F |
| Broker's Title Group LLC vs. Felipe Munoz and Corporate Assets, LLC | T | 03/25/2021 | Vanessa Morelli, Esq. | Felipe Munoz | 2017-26056-CA-01 | C |
| Meruelo, Maria vs Meruelo, Richard | T | 03/12/2021 | Raymond J. Rafool, Esq. | Maria Meruelo | | F |
| Garcia, Simeon vs Urdaneta, Brenda | T | 03/11/2021 | Ricardo Pines, Esq. | Simeon Garcia | 2013-015547-FC-04 | F |
| Guzi, Ohad et al vs Ninja Lounge | D | 03/04/2021 | Robert Stok, Esq. | Ninja Lounge | 2015-011170-CA-01 | C |
| Bennett, Colleen vs Galbut, Jared | D | 02/26/2021 | Craig Shankman, Esq. | Colleen Bennett | 2020-013854-CA-01 | C |
| Interian, Monica vs Interian, Alberto | D | 02/19/2021 | Luis M. Padron, Esq. | Monica Interian | 2019-001741 FC 07 | F |
| Levy, Alegre vs Cosicher, Moshe | D | 02/15/2021 | Evan Abramowitz, Esq. | Alegre Levy | 2019-009880-FC-04 | F |
| Farm Stores Franchising vs Leeann's Locker | D | 02/15/2021 | Pablo Bard, Esq. | Farm Stores Franchising | 2017-015137 CA 01 | C |
| Vallejo, Arturo v Susanne Leal | T | 01/12/2021 | Denise Gomez, Esq. | Arturo Vallejo | 2018-023578-FC-04 | F |
| Segev, Sarah v Segev, Shay | T | 12/17/2020 | Seth Schneiderman, Esq. | Sarah Segev | 2019-012436-FC-04 | F |
| Greenwood, Lesley vs Greenwood, Drew | D | 12/03/2020 | Dori Foster Morales, Esq | Drew Greenwood | 2020-003659-FC-04 | F |
| Charbonneau, Robert vs Charbonneau, Patricia | T | 12/02/2020 | Barry Yablen, Esq. | Patricia Charbonneau | 2018-029043-FC-04 | F |
| Jose Babun Trust | T | 11/18/2020 | Scott Margules, Esq. | Jose Babun | 2019-002794 CP 02 | F |

| | | | | | | |
|---|---|---|---|---|---|---|
| Broker's Title Group LLC vs Felipe Munoz and Corp Assets | D | 11/16/2020 | Vanessa Morelli, Esq. | Felipe Munoz | 2017-26056-CA-01 | C |
| Stivelman, Jacques vs Stivelman, Marcia | T | 10/21/2020 | Dirk Lorenzen, Esq | Marcia Stivelman | 2007-015687-FC-04 | F |
| Porges, Malka vs Porges, Reuben | T | 10/20/2020 | Charles F. Miller, Esq | Malka Porges | 2000-010196-FC-04 | F |
| Levy, Alegre vs Cosicher, Moshe | T | 10/09/2020 | Evan Abramowitz, Esq. | Alegre Levy | 2019-009880-FC 28 | F |
| Farm Stores Franchise LLC vs Leann's Locker | D | 10/07/2020 | Pablo Bared, Esq. | Farm Stores Franchise | 2017-015137 CA 01 | C |
| Dornelles, Ione vs Dornelles, Marcio | T | 9/25/2020 | Lawrence Katz, Esq. | Ione Dornelles | 2018-009247-FC-04 | F |
| Jackson, Bacardi vs Hughes, Calvin | T | 9/24/2020 | Katie Phang, Esq. | Calvin Hughes | FMCE16009669 | F |
| Tercek, Linda vs Tercek, John | D | 9/13/2020 | Deborah Chames, Esq. | John Tercek | 2013-022457-FC-38 | F |
| Miller, Jason vs Delgado, Arlene | T | 9/03/2020 | Laline C. Veloso, Esq. | Arlene Delgado | 2017-016674-FC-04 | F |
| Corrales, Celso vs Corrales, Jeannette | D | 9/02/2020 | Jose Carlos Boffil, Esq. | Celso Corrales | 2015-008600 -FC 01 | F |
| Seraphin, Eliza vs NAyvadlus, Wilbur | T | 8/31/2020 | Evan Marks, Esq. | Nayvadius Willbur | FMCE 19009586 | F |
| Interian, Monica vs Interian, Alberto | D | 8/26/2020 | Luis Padron, Esq. | Monica Interian | 2019-001741 FC 07 | F |
| Donnenfeld, Shaun vs Levy, Pamela | T | 8/12/2020 | Loretta Fabricant, Esq. | Pamela Levy | 2019-027344-FC04 | F |
| Arias Viloria Hanic vs Cohen, Adam | T | 8/10/2020 | Raymon Rafool, Esq. | Hanic Arias | 2017-3218-FC-12 | F |
| Hernandez, Pablo vs Vidal, Vicky | T | 7/29/2020 | Sandra Hoyos, Esq. | Pablo Hernandez | 2019 023892 FC 04 | F |
| Gans, Stephen vs Gans, Renee | T | 7/11/2020 | Elissa Terraferma, Esq. | Stephen Gans | 2018-028829-FC 04 | F |
| Haccoun, Sarah vs Rockoz, Aaron | D | 7/06/2020 | Deborah Chames, Esq. | Sarah Haccoun | 16-018699-FC-04 | F |
| Bouer, Renee vs Bouer, Elizabeth | T | 6/30/2020 | Sandy T. Fox, Esq | Elizabeth Bouer | 2019-012590 | F |
| Meruelo, Maria vs Meruelo, Richard | D | 6/16/2020 | Maurice J. Kutner, Esq. | Maria Meruelo | 2019-018029-FC-04 | F |
| Meruelo, Maria vs Meruelo, Richard | T | 6/24/2020 | Maurice J. Kutner, Esq. | Maria Meruelo | 2019-018029-FC-04 | F |
| Lund, Brittany vs Park, Craig | T | 6/11/2020 | Richard Schurr, Esq | Brittany Lund | 2018- DR-001679 -FM01 | F |
| Charbonneau, Robert vs. Charbonneau, Patricia | T | 2/14/2020 | Barry A. Yablen, Esq. | Patricia Charbonneau | 2018-029043-FC-04 | F |
| Miller, Jason vs Delgado, Arlene J | T | 1/24/2020 | Laline Concepcion Veloso, Esq | Arlene Delgado | 2017-016674-FC-04 | F |
| Miller, Jason vs Delgado, Arlene J | T | 1/22/2020 | Laline Concepcion Veloso, Esq | Arlene Delgado | 2017-016674-FC-04 | F |
| Arroyo, Lizette vs Arroyo, Oscar | T | 1/15/2020 | Amarilis Leon Dennis, Esq | Oscar and Lizette Arroyo | 2019-020399-FC-04 | F |
| Miller, Jason vs Delgado, Arlene J | D | 1/10/2020 | Laline Concepcion Veloso, Esq | Arlene Delgado | 2017-016674-FC-04 | F |
| McCarthy, Chris vs McCarthy, Dafna | T | 1/3/2020 | Elizabeth Baker, Esq | Chris McCarthy | 2019-019157-FC-04 | F |
| Stivelman, Jacques vs. Stivelman, Marcia | D | 1/23/2019 | Dirk Lorenzen, Esq. | Marcia Stivelman | 2007-015687-FC-04 | F |
| Stivelman, Jacques vs. Stivelman, Marcia | T | 12/17/2019 | Dirk Lorenzen, Esq. | Marcia Stivelman | 2007-015687-FC-04 | F |
| Maite Martinez vs Cherry Bekaert, LLP | D | 12/17/2019 | | | | |
| Stivelman, Jacques vs. Stivelman, Marcia | D | 12/11/2019 | Dirk Lorenzen, Esq. | Marcia Stivelman | 2007-015687-FC-04 | F |
| Charbonneau, Robert vs. Charbonneau, Patricia | T | 12/9/2019 | Barry A. Yablen, Esq. | Patricia Charbonneau | 2018-029043-FC-04 | F |
| Joffe, Hillary R. vs. Joffe, David J. | T | 11/21/2019 | Laline Concepcion Veloso, Esq | David J. Joffee | FMCE 16-011955 | F |
| Riguez, Jaime vs. Riguez, Janelle Marie | T | 11/14/2019 | John Charles Lukacs, Esq. | Janelle Marie Riguez | 2018-022561-FC-04 | F |
| Massa, Maria Luisa vs. Ginand, Carlos | T | 11/08/19 | Harold E. Patricoff, Esq. | Maria L. Massa | 201-005452 FC 47 | F |
| Massa, Maria Luisa vs. Ginand, Carlos | T | 11/07/19 | Harold E. Patricoff, Esq. | Maria L. Massa | 201-005452 FC 47 | F |
| Gill, Erika vs. Bain, Matthew | T | 09/26/19 | Christy L. Hertz, Esq. | Erika Gill | 2018-012424 FC 07 | F |
| Tarazona, Carolina vs. Robredo, Juan J. and Healthy Life Group, Inc., a Florida corporation | T | 09/25/19 | Luis M. Padron, Esq. | Juan Robredo | 17-28945-CA-23 | C |

**Exhibit B**

| | | | | | | |
|---|---|---|---|---|---|---|
| Apesteguy, Carla A. vs. Keglevich, Maximiliano | T | 09/20/19 | Andrew Leinoff, Esq. | Maximiliano Keglevich | 2017-019029-FC-04 | F |
| Tarazona, Carolina vs. Robredo, Juan J. and Healthy Life Group, Inc., a Florida corporation | T | 09/16/19 | Luis M. Padron, Esq. | Juan Robredo | 17-28945-CA-23 | C |
| Cisneros Massa, Maria Luisa vs. Guinand, Carlos A. | T | 09/16/19 | Harold E. Patricoff, Esq. | Maria Luisa Cisneros Massa | 201-005452 FC 47 | F |
| Waterside Plaza, LLC et al. vs. Baruch Hashem Yom Yom, LLC et al. | T | 09/13/19 | Alan Marcus, Esq. | Lior Poyastro | CACE14006604 | C |
| Data Payment Systems, Inc. vs. Juli Brodsky, et al. | T | 09/12/19 | Brian Bakarat , Esq | Data Payment Systems | 2016-020026-CA-01 | C |
| Tarazona, Carolina vs. Robredo, Juan J. and Healthy Life Group, Inc., a Florida corporation | T | 09/10/19 | Luis M. Padron, Esq. | Juan Robredo | 17-28945-CA-23 | C |
| Garcia Alzate, Andrea D. vs. Vargas, Miguel E. | T | 08/22/19 | Jordan Abramowitz, Esq. | Elyse Rawlson | 2016-DR-3322 | F |
| Rawlson, Elyse vs. Rawlson, Jon | T | 08/20/19 | Crystal Roland, Esq. | Elyse Rawlson | 2016-DR-3322 | F |
| Charbonneau, Robert vs. Charbonneau, Patricia | T | 08/09/19 | Barry A. Yablen, Esq. | Patricia Charbonneau | 2018-029043-FC-04 | F |
| Data Payment Systems, Inc. vs. Juli Brodsky, et al. | T | 07/09/19 | Brian Bakarat , Esq | Data Payment Systems | 2016-20026-CA-02 | C |
| Ryan, Thomas v. Ryan, Jade Nicole | T | 07/02/19 | Evan Abramowitz, Esq. | Jade Ryan | 2016-029168-FC-16 | F |
| Machin, Maria E. vs. Machin, William | T | 06/25/19 | Andrew Leinoff, Esq. | William Machin | 2017-019874-FC-38 | F |
| Ross, Adam vs. Ross, Lisa K. | T | 06/14/19 | Kathryn Hamilton, Esq. | Adam Ross | 2018-028273-FC-04 | F |
| Gore, Franklin D. v. Smith, Shasta D. | T | 06/13/19 | Elizabeth Baker, Esq | Shasta Smith | 2006-003500-FC-04 | F |
| Lopez, Carlos C. vs. Lopez, Shirley M. | T | 06/05/19 | Maurice J. Kutner, Esq. | Shirley Lopez | 2018-013954-FC-04 | F |
| Norris, Maria v. SBA Communications Corporation | D | 06/04/19 | Frank Henry, Esq. | Maria Norris | 9:18-cv080726-DMM | C |
| Apesteguy, Carla A. vs. Keglevich, Maximiliano | T | 05/21/19 | Andrew Leinoff, Esq. | Maximiliano Keglevich | 2017-019029-FC-04 | F |
| Machin, Maria E. vs. Machin, William | T | 05/14/19 | Andrew Leinoff, Esq. | William Machin | 2017-019874-FC-04 | F |

| Case Style | Testimony (T) Deposition (D) | Date | Attorney | Client | Case Number | Case Style: Commercial (C) Family (F) |
|---|---|---|---|---|---|---|
| Philip J. Shechter, CPA, ABV, CVA Expert Testimony Report January 2016 - February 2020 ||||||||
| Waterside Plaza, LLC et al. vs. Baruch Hashem Yom Yom, LLC et al. | T | 04/25/19 | Alan Marcus, Esq. | Lior Poyastro | CACE14006604 | C |
| Fell, Beatriz v. Dussap, Maurice | T | 04/24/19 | Jordan Abramowitz, Esq. | Beatriz Fell | 2016-006613-FC-04 | F |
| Iver Invest & Trust, Ltd., as successor in interest to Ocean Tower Holdings, S.A. v. Fortune Ocean, LLLP | T | 04/19/19 | Wayne Atkins, Esq. | Osacar Altmirano Oliva | 2017-021282 CA 01 | C |
| Gonzalez, Midiala M. vs. de Armas, Ramon A. | T | 04/23/18 | Evan Abramowitz, Esq. | Ramon De Armas | 2012-024902-FC-04 | F |
| Musi, Monica vs Musi, Juan Carlos | T | 04/15/19 | Sandra Hoyos- Mejia, Esq. | Monica Musi | 2016-012476-FC-04 | F |
| Fell, Beatriz v. Dussap, Maurice | T | 04/09/19 | Jordan Abramowitz, Esq. | Beatriz Fell | 2016-006613-FC-04 | C |
| Data Payment Systems, Inc. vs. Juli Brodsky, et al. | D | 03/08/19 | Brian Bakarat , Esq | Data Payment Systems | 2016-020026-CA-01 | C |
| Heather M. Fees, DVM et al vs. Zarco Einhorn Salkowski & Brito, P.A. et al | D | 03/05/19 | Curtis Carlson , Esq | Heather Fees | 2018-005994-CA-01 | F |
| Segal, Dvir vs. Segal Mariana D | T | 02/22/19 | Luis Padron, Esq. | Mariana Segal | 2014-029233-FC-04 | F |
| Rawlson, Elyse vs. Rawlson, Jon | T | 02/13/19 | Crystal Roland, Esq | Elyse Rawlson | 2016DR003322 | F |
| Baselice, Giada vs. Pignata, Cristoforo | T | 02/06/19 | Deanna Shifrin, Esq | Nuetral | 2018-018389-FC-04 | F |
| Massa, Maria Luisa vs. Ginand, Carlos | T | 01/30/19 | Robert Orshan, Esq | Maria Massa | 2018-005452-FC-04 | F |
| Gore, Franklin D. vs. Smith, Shasta D. | T | 01/28/19 | Elizabeth Baker, Esq | Shasta Smith | 2006-003500-FC-04 | F |
| Gomez de Rosa, Daniel vs Lorenzo, Madelin | T | 01/22/19 | John Dennis, Esq and Jordan Abramowitz, Esq | Nuetral | 2018-011369-FC-04 | F |
| Snyder, Nancy vs Sontag ,Connie f/k/a Kenneth B. Snyder | T | 01/22/19 | Vanessa Morelli, Esq | Connie Sontag(f.k.a Kenneth BSnyder) | 2004-021469 FC-04 | F |
| Aisenstein, Carina vs. Sitkowski, Silvio | T | 01/11/19 | Jeannette Watkin, Esq | Carina Aisenstein | 2017-010700-FC-04 | F |
| Maida, Mark A. vs. Hollingsworth-Maida, Josanne R. | T | 01/04/18 | Marie Quartell, Esq. | Jossane Hollingsworth-Maida | 50-2017-DR-009045 | F |
| Falcon, George vs. Falcon, Elia M. | T | 01/04/18 | Dennis Koltun,Esq | George Falcon | 2018-012275- FC-04 | F |
| Crippen, Henry vs. Crippen, Darine | T | 12/27/18 | Pro Se | Darine Crippen | 2016-027966-FC-04 | F |
| Machin, Maria E. vs. Machin, William | T | 12/19/18 | Andrew Leinoff, Esq. | William Machin | 2017-019874-FC-04 | F |
| Maida, Mark A. vs. Hollingsworth-Maida, Josanne R. | D | 12/18/18 | Marie Quartell, Esq. | Jossane Hollingsworth-Maida | 50-2017-DR-009045 | F |
| Nader, Winter vs. Gabaldon, Rodrigo | T | 12/14/18 | Caressa A. Lanier, Esq. | Rodrigo Gabaldon | 2018-023472-FC-04 | F |
| Machin, Maria E. vs. Machin, William | T | 12/06/18 | Andrew Leinoff, Esq. | William Machin | 2017-019874-FC-04 | F |
| Vargas, Heather vs. Vargas, Rene, Jr. | T | 12/04/18 | Sandra Hoyos , Esq | Neutral | 2018-003418-FC-04 | F |
| United States of America Vs. Arman Abovyan and Tina Marie Barbuto | T | 12/03/18 | David Joffe, Esq | Arman Aboyvan | 2018-80122-CR- | C |
| Dornelles, Ione R vs Dornelles, Marcio O | T | 11/28/18 | Lawrence Katz, Esq. | Ione Dornelles | 2018-009247-FC-04 | F |
| Ebbert, Deborah v. Ebbert, Darrell | T | 11/20/18 | Marie A Davidson, Esq. & Rick Schurr, Esq. | Neutral | 2017-6355 FC 26 | F |
| Joffe, Hillary R. vs. Joffe, David J. | T | 11/01/18 | David Joffe | David Joffe | FMCE16008595 | F |
| Estupian, Elianny vs. Valdez, Yanko/ Chains of Naples, LLC. | T | 10/30/18 | Regina Campbell, Esq | Chains of Naples, LLC | 2017-019872-FC-04 | C |
| Berman, Neal et al v. Skalet, Pamela & Berman, Jocelyn | T | 10/22/18 | Kevin McCoy, Esq., Amy Hurwitz, Esq. | Neal Berman | 2018-019476-CA-01 | C |
| Florida Beach Investment, Corp., Spartan Lending, LLC, Capital Building, LLC v. Fortune Ocean, LLLP et. Al. | D | 10/05/18 | Jenifer Recine, Esq and Ryan Montefusco, Esq, | Florida Beach Investment | 2012-42957-CA 44 | C |

**Exhibit B**

| Philip J. Shechter, CPA, ABV, CVA Expert Testimony Report January 2016 - February 2020 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Style | Testimony (T) Deposition (D) | Date | Attorney | Client | Case Number | Case Style: Commercial (C) Family (F) | |
| SP Healthcare Holdings, LLC v. Grant Thornton, LLP | D | 10/03/18 | Joseph Etter, Esq. | Rodolfo Gari , MD. | 2013-CA-008403 | C | |
| Manon Mohammady v. Knut Guenther | T | 10/02/18 | Denis Koltun, Esq. | Manon Mohammady | 2010-7038-FC-04 | F | |
| Schmidtke, Michael v. Miskis, Christina | T | 10/02/18 | Sandra Hoyos, Esq. | Michael Smchmidtke | 2104-018975-FC-04 | F | |
| The Alpen House ULC et al v. Matthew Baker & Zorrn Company, Inc. | D | 09/19/18 | Lindsay Holt, Esq | Matthew Baker ; Zorrn Company | 2014-2237-CA-B | C | |
| Berman, Neal et al v. Skalet, Pamela & Berman, Jocelyn | T | 09/14/18 | Kevin McCoy, Esq., Amy Hurwitz, Esq. | Neal Berman | 2018-019476-CA-01 | C | |
| AK Investments Services, Inc./Diastia Aamem, Inc. v. Paytoo, Corp. | T | 08/30/18 | Olesia Belchenko, Esq. | Alexander Kiselev /Maria Kiselev | 2017-012190-CA-01 | C | |
| AK Investments Services, Inc./Diastia Aamem, Inc. v. Paytoo, Corp. | T | 08/28/18 | Olesia Belchenko, Esq. | Alexander Kiselev /Maria Kiselev | 2017-012190-CA-01 | C | |
| Haccoun, Sarah v. Rokosz, Aaron | T | 08/16/18 | Deborah S. Chames, Esq. | Sarah Haccoun | 2016-018699-FC-04 | F | |
| Haccoun, Sarah v. Rokosz, Aaron | T | 08/14/18 | Deborah S. Chames, Esq. | Sarah Haccoun | 2016-018699-FC-04 | F | |
| AK Investments Services, Inc./Diastia Aamem, Inc. v. Paytoo, Corp. | D | 08/07/18 | Olesia Belchenko, Esq. | Alexander Kiselev /Maria Kiselev | 2017-012190-CA-01 | C | |
| Prendes, Martha v. Prendes, Jose L. | T | 07/23/18 | Evan R. Marks, Esq. | Jose Prendes | 2013-024957-FC-07 | F | |
| Benitez, Manuel v. Benitez, Mary | T | 07/23/18 | Liliana Loebl, Esq. | Neutral | FMCE17010130 | F | |
| Berman, Neal et al v. Skalet, Pamela & Berman, Jocelyn | T | 07/19/18 | Kevin McCoy, Esq., Amy Hurwitz, Esq. | Neal Berman | 2018-019476-CA-01 | C | |
| Diaz Padron, Carolina v. Osio Zamora, Miguel | T | 07/18/18 | Daniel Kaplan, Esq. | Carolina Diaz Padron | 2017-002839 FC 07 | F | |
| Alima, Yariv. v. Atmos Technology, LLC, et al. | T | 07/17/18 | Adam Lamb, Esq. | Yariv Alima | 2016-011606 (13) | C | |
| Nine Beach LLC v. Berkely Shore, LLC et al. | D | 07/16/18 | Richard Bales, Esq. | Italy Sacish | 2015-028093-CA-01 | C | |
| Berman, Neal et al v. Skalet, Pamela & Berman, Jocelyn | T | 07/13/18 | Kevin McCoy, Esq., Amy Hurwitz, Esq. | Neal Berman | 2018-019476-CA-01 | C | |
| Homes, LLC & Steven Kates Ezra Group, LLC v. Hitching Post Mobile Homes, LLC & Steven Kates | T | 07/13/18 | Ronald Strauss, Esq. | Hitching Post LLC | CACE14018821 | C | |
| Martinez, Liliana v. Munoz, Fernando | D | 06/28/18 | Catherine M. Rodriguez, Esq. | Liliana Martinez | 2018-006507-FC-04 | F | |
| Alima, Yariv. v. Atmos Technology, LLC, et al. | T | 06/27/18 | Adam Lamb, Esq. | Yariv Alima | 2016-011606 (13) | C | |
| Alima, Yariv. v. Atmos Technology, LLC, et al. | D | 06/19/18 | Adam Lamb, Esq. | Yariv Alima | 2016-011606 (13) | C | |
| Brennan, Carolina v. Brennan, Andrew | T | 06/14/18 | Elisa Terraferma, Esq. | Neutral | 2017-000418 FC 04 | F | |
| Vargas, Maria J. v. Delgado, Alexander | T | 06/13/18 | Sandra Hoyos- Mejia, Esq. | AJ Delgado | 2017-016674 FC 12 | F | |
| Vargas, Maria J. v. Delgado, Alexander | T | 06/07/18 | Sandra Hoyos- Mejia, Esq. | AJ Delgado | 2017-016674 FC 12 | F | |
| Soumah, Morgan and Soumah Harouna and S&S Family Enterprises, LLC and 140 Jett Forest Court LLC | T | 06/06/18 | Jordan Abramowitz, Esq. | Harouna Soumah | 2017-019857-FC-04 | C | |
| Villar, Maria Jacqueline v.Villar, Pedro Fidel | T | 05/21/18 | Luis Padron, Esq. | Neutral | 2018-004206-FC-17 | F | |
| Haccoun, Sarah v. Rokosz, Aaron | T | 05/14/18 | Deborah S. Chames, Esq. | Sarah Haccoun | 2016-018699-FC-04 | F | |
| Homes, LLC & Steven Kates Ezra Group, LLC v. Hitching Post Mobile Homes, LLC & Steven Kates | D | 05/08/18 | Ronald Strauss, Esq. | Hitching Post LLC | CACE14018821 | C | |
| OES, LLP | | | | | | | |
| Nambiar, Gleema v. Karam, Emile Georges | T | 04/10/18 | Jonathan Jonasz, Esq. | Georges Emile Karam | 2016-003842 FC 16 | F | |
| Ebbert, Deborah v. Ebbert, Darrell | T | 04/04/18 | Marie A Davidson, Esq. & Gil Betz, Esq. | Neutral | 2017-6355 FC 26 | F | |
| Lestino, Sam v. Montenegro, Zoraya | T | 02/22/18 | Jordan Abramowitz, Esq. | Zoraya Montenegro | 2016-6991-FC-04 | F | |
| Leyva-Fernandez, Maury v. Fernandez, Jorge | T | 02/13/18 | Mary Pena, Esq. | Maury Leyva-Fernandez | 2013-000199-FC-04 | F | |
| Sarah Haccoun v. Aaron Rokosz | T | 02/08/18 | Deborah S. Chames, Esq. | Sarah Haccoun | 2016-018699-FC-04 | C | |

# Exhibit B

| Case Style | Testimony (T) Deposition (D) | Date | Attorney | Client | Case Number | Case Style: Commercial (C) Family (F) |
|---|---|---|---|---|---|---|
| |  |||||| 

| Case Style | Testimony (T) Deposition (D) | Date | Attorney | Client | Case Number | Case Style: Commercial (C) Family (F) |
|---|---|---|---|---|---|---|
| Orban, Susan v. Orban, Robert | T | 02/08/18 | Joanne Garrone, Esq. | Susan Orban | 2010-031827-FC-04 | F |
| Safont-Marin, Sandra v. Marin, Israel Jesus | T | 01/31/18 | Scott A. Lazar, Esq. | Sandra Safont-Marin | 2015-002193-FC-04 | F |
| Peters, Carla v. Soto, Rodolfo | T | 01/31/18 | Margarita Moore, Esq. | Rodolfo Soto | 2017-002009-FC-04 | F |
| Brecher-Thierer, Gabriela v. Brecher, Matias | T | 01/22/18 | William Gautier, Esq. | Gabriela Thierer Brecher | FMCE-17-011721 | F |
| FL. Beach Investment, Corp., Spartan Lending, LLC, Capital Building, LLC v. Fortune Ocean, LLLP et. Al. | T | 01/11/18 | Ed Shapiro, Esq. | Florida Beach Investment | 2012-42957-CA 44 | C |
| Perez, Hanoj v. Perez, Talia L. | T | 01/08/18 | Evan Marks, Esq. | Hanoj Perez | 2015-019046-FC-04 | F |
| Ghelman Goldstein, Yanira Ruth v. Gavizon, Isacco | T | 12/21/17 | Deborah S. Chames, Esq. | Isacco Gavizon | 2016-013516-FC-04 | F |
| Ryan, Thomas v. Ryan, Jade Nicole | T | 11/01/17 | Evan Abramowitz, Esq. | Jade Ryan | 2016-29168 FC 16 | F |
| Perles, Steven v. Perles, Claudia | T | 10/12/17 | Maurice J. Kutner, Esq. | Claudia K. Perles | 2016-006266-FC-04 | F |
| Ocampo, Olivia v. Mizrahi, Isaac | T | 10/03/17 | Deborah S. Chames, Esq. | Isaac Mizrahi | 2016-015930-FC-04 | F |
| Prescott, Erika v. Prescott, Jason | T | 09/28/17 | Sandy T. Fox, Esq. | Jason Aaron Prescott | 2017-015519-FC-04 | F |
| Hernandez Delgado, Alexander v. Aleman Portales | T | 09/12/17 | Josephine M. Pertierra, Esq. | Aleman Portales | 2017-001565 FC 17 | F |
| Perez, Hanoj v. Perez, Talia L. | T | 08/23/17 | Evan Marks, Esq. | Hanoj Perez | 2015-019046-FC-04 | F |
| Ziel, Robin v. Vernon, Ted | T | 08/21/17 | Kathryn Hamilton, Esq. | Robin Ziel | FMCE 16-011955 (35/93) | F |
| Robyn, Corina v. Robyn, Alexander | T | 07/31/17 | Spencer Fox, Esq. | Alexander Robyn | 2011-025407-FC-04 | F |
| Di Pietro, Marzia v. Di Pietro, Oliver | T | 07/12/17 | Christy L. Hertz, Esq. | Marzia Di Pietro | 2015-000504-FC-04 | F |
| Charles Wallace v. Morgan Stanley | T | 06/16/17 | Ronald Weil, Esq. | Charles Wallace | | C |
| Oldemburg, Zulena v. Diaz Pino, Francisco | T | 05/31/17 | Scott Margules, Esq. | Zulena Oldemburg | FMCE15014650 | F |
| Del Castillo-Suarez, Patricia v. Suarez, Rolando | T | 05/26/17 | Jeffrey Rubinstein, Esq. | Rolando Juan Suarez | 2012-004753 FC | F |
| Genzmer, Elise v. Ulrich, Genzmer | T | 05/15/17 | Deborah S. Chames, Esq. | Elise Genzmer | 2016-002522-FC 04 | F |
| Kim, Candice v. Kim, Ray | T | 05/05/17 | Christopher Link, Esq. | Candance Kim | 2015-5441 (37) | F |
| Nambiar, Gleema v. Karam, Georges Emile | T | 05/03/17 | Jonathan Jonasz, Esq. | George Karam | 2016-003842-FC-04 | F |
| Biloch, Pamela v. Billoch, Juan Carlos | T | 04/28/17 | Madelin Diaz, Esq. | Pamela Billoch | 2016-8325- FC-04 | F |
| Angueira Bonnie v. Angueira, Alexander | T | 04/18/17 | Andrew M. Lienoff, Esq. | Alexander Angueira | 2015-014094-FC-04 | F |
| Franchi, Flavia v. Martins Tavares, Luiz Claudio | T | 04/06/17 | Christy L. Hertz, Esq. | Neutral | 2016-9555-FC-47 | F |
| Prendes, Martha v. Prendes, Jose Luis | T | 04/05/17 | Evan Marks, Esq. | Jose Prendes | 2013-024957 FC 07 | F |
| Lambert, Perera Lisanda v. Olivera, Hector | T | 03/27/17 | Madelin Diaz, Esq. | Lisandra Perera Lambert | 2016-003735-FC-04 | F |
| Hernandez, Meysa v. Perez, Pedro | T | 03/24/17 | Natalie S. Lemos, Esq. | Meysa Herenandez | 2016-001223-FC-04 | F |
| Miranda, Yvonee v. Miranda, Reynaldo | T | 03/20/17 | Jordan Abramowitz, Esq. | Miranda Reynaldo | 2015-021968-FC-04 | F |
| David Rosenthal, MD, et al v. Palm Beach Emergency Medicine Associates, et al | T | 03/17/17 | Matthew Leto, Esq. | David Rosenthal | | C |
| Del Castillo-Suarez, Patricia v. Suarez, Rolando | T | 03/13/17 | Jeffrey Rubinstein, Esq. | Rolando Juan Suarez | 2012-004753 FC | F |
| Tisiony-Barron, Gila v. Barron, Douglas | T | 02/27/17 | Evan Abramowitz, Esq. | Gila Barron-Tsiony | 2014-020171-FC-04 | F |
| Robyn, Corina v. Robyn, Alexander | T | 02/14/17 | Spencer Fox, Esq. | Alexander Robyn | 2011-025407-FC-04 | F |
| Martinez, Alex A. v. Ubarri, Maria Dolores | T | 01/23/17 | Crystal Roland, Esq. | Alex Martinez | 2009-003920-FC-04 | F |

Philip J. Shechter, CPA, ABV, CVA Expert Testimony Report January 2016 - February 2020

Exhibit B

| Case Style | Testimony (T) Deposition (D) | Date | Attorney | Client | Case Number | Case Style: Commercial (C) Family (F) |
|---|---|---|---|---|---|---|
| Philip J. Shechter, CPA, ABV, CVA Expert Testimony Report January 2016 - February 2020 | | | | | | |
| Molina, Brenda v. Perez, Melvin | T | 01/19/17 | Javier Perez-Abreu, Esq. | Neutral | 2016-015793-FC-04 | F |
| Di Pietro, Marzia v. Di Pietro, Oliver | T | 01/18/17 | Christy L. Hertz, Esq. | Marzia Di Pietro | 2015-000504-FC-04 | F |
| Fields, Richard v. Coletta, Brandy | T | 01/11/17 | Spencer Fox, Esq. | Richard fields | 2016-024044-FC-04 | F |
| Deveson, Toni v. Deveson, Daniel | T | 01/05/17 | Barry A. Yablen, Esq. | Toni Deveson | 2016-007275-FC-04 | F |
| Hall, Simone v. Hall, John | T | 12/09/16 | Josheph M. Corey, Esq. | Neutral | 2014-022417-FC-04 | F |
| Prendes, Martha v. Prendes, Jose Luis | T | 11/29/16 | Evan R. Marks, Esq. | Hanoj Perez | 2015-019046-FC-04 | F |
| Jacobson, Cora v. Farah, Michel | T | 11/15/16 | Astrid Bismarck, Esq. | Cora Jacobson | 2016-020064-FC-04 | F |
| Herman, Brad v. Herman, Dawn M. | T | 11/02/16 | Cynthia L. Greene, Esq. | Brad Herman | 2012-014778-FC-04 | F |
| Russakoff, Wendy Sheryl v. Russakoff, Adam Heath | T | 10/26/16 | Andrew M. Leinoff, Esq. | Sheryl Russakoff | 2015-025310-FC-04 | F |
| Hanneman, Charles III v. Hanemann, April | T | 10/25/16 | Evan Abramowtiz, Esq. | April Hanemann | 2012-024095-FC-04 | F |
| Bethel, Andrea v. Bethel, Glanville | T | 10/24/16 | Spencer Fox, Esq. | Andrea Bethal | 2015-028530-FC-18 | F |
| Hubley, Jonathan v. Hubley, Jennifer | T | 10/20/16 | Matthew Z. Martell, Esq. | Johnathan Hubley | 2013-DR-006619-AX | F |
| Schoenlank, Scott v. Schoenlank, Sylma | T | 10/05/16 | Luis M. Padron, Esq. | Thomas Schoenlank | 2015-DR-002078 | F |
| Douer, Paula v. Segal, Zeev. | T | 10/04/16 | Andrew M. Leinoff, Esq. | Paula Douer | 2016-005826-FC-04 | F |
| Mosley, Monique Idlett v. Mosley, Timothy Z. | T | 09/28/16 | Edith Osman, Esq. | Timothy Mosley | 2015-015636-FC-04 | F |
| Perez, Hanoj v. Perez, Talia L. | T | 09/21/16 | Evan Marks, Esq. | Hanoj Perez | 2015-019046-FC-04 | F |
| Knoepffler, Maria K. v. Arguello, Roberto J. | T | 08/29/16 | Jamie Isicoff, Esq. | Maria Knoepffler | 2009-33258 FC 04 | F |
| Abreu, Maria v. Abreu, Reglo B. | T | 08/22/16 | Christopher Link, Esq. | Maria Abreu | 2014-022082-FC-04 | F |
| Perez, Hanoj v. Perez, Talia L. | D | 08/05/16 | Evan R. Marks, Esq. | Hanoj Perez | 2015-019046-FC-04 | F |
| Fell, Beatriz v. Dussaq, Maurice | T | 08/03/16 | Javier Perez-Abreu, Esq. | Beatriz Fell | 2016-006613-FC-04 | F |
| Hantman, Robert v. Hantman, Nelli | T | 08/01/16 | Natalie S. Lemos, Esq. | Neutral | 2014-019422-FC-04 | F |
| Schoenlank, Scott v. Schoenlank, Sylma | T | 07/27/16 | Luis M. Padron, Esq. | Thomas Schoenlank | 2015-DR-002078 | F |
| Pagano-Falls, Lina v. Fals, Jaime | T | 07/26/16 | Luis M. Padron, Esq. | Lina Pagano | 2011-14743 FC 28 | F |
| Ricotti, Susan Marie v. Ricotti, Carlos | T | 07/21/16 | Kathryn Hamilton, Esq. | Susan Marie Ricotti | 2015-002550-FC-04 | F |
| Prendes, Martha v. Prendes, Jose Luis | T | 07/19/16 | Evan Marks, Esq. | Hanoj Perez | 2015-019046-FC-04 | F |
| Del Socorro Knoepffler v. Arguello, Robert | T | 07/18/16 | Jamie Isicoff, Esq. | Maria Knoepffler | 2009-33258 FC 04 | F |
| Eskanazi, Marina Bidault v. Eskenazi, Patrick Albert | T | 07/15/16 | Sonja Jeane, Esq. | Marina Bidault Eskenzai | 2014-023895-FC-04 | F |
| Kim, Candice v. Kim, Ray | T | 07/12/16 | Christopher Link, Esq. | Candace Kim | 2015-5441 (37) | F |
| Martinez, Alex A. v. Ubarri, Maria Dolores | T | 06/10/16 | Crystal Roland, Esq. | Alex Martinez | 2009-003920-FC-04 | F |
| Giuffrida, Silvana Cristina v. Giuffrida, Theodore J | T | 05/16/16 | Luis M. Padron, Esq. | Silvana Guiffrida | 2015-022541-FC-04 | F |
| Pagano-Falls, Lina v. Fals, Jaime | T | 05/10/16 | Luis M. Padron, Esq. | Lina Falls-Pagano | 2011-14743-FC-28 | F |
| Castillo, Gabriel A. v. Garcia de Castillo, Anabel | T | 05/09/16 | Peter H. Kircher, Esq. | Gabriel Castillo | 2015-015625-FC-04 | F |
| Weininger, Janet Ray v. Weininger, Michael Joe | T | 05/06/16 | Gilbert C. Betz. Esq. | Michael Weininger | 2009-002379-FC-04 | F |
| Ramos, Kimberly v. Ramos, Oswaldo A. | T | 05/03/16 | Christy L. Hertz, Esq. | Kimberley Ramos | 2015-020378-FC-04 | F |
| Blasini, Edward v. Lan Cargo S.A. and Professional Business Concepts, Inc. | D | 04/27/16 | John Quaranta, Esq. | Edward Blasini | | C |

Exhibit B

| Philip J. Shechter, CPA, ABV, CVA Expert Testimony Report January 2016 - February 2020 | | | | | | |
|---|---|---|---|---|---|---|
| Case Style | Testimony (T) Deposition (D) | Date | Attorney | Client | Case Number | Case Style: Commercial (C) Family (F) |
| Ferraro, James L. v. Gavriokov.a, Alena | T | 04/11/16 | Maurice J. Kutner, Esq. | Alena Garvrikova | 2015-030133-FC-04 | F |
| Paez, Evelio v. Paez, Francees | T | 03/10/16 | Evan Abramowtiz, Esq. | Evelio paez | 2015-029478-FC-04 | F |
| Farajzdeh, Hojat v. Shootshtari, Elham | T | 03/03/16 | Adelmis Naderpour, Esq. | Hojat Farajzadeh | 2014-018187-FC-04 | F |
| Prendes, Martha v. Prendes, Jose Luis | T | 03/01/16 | Evan Marks, Esq. | Jose Prendes | 2013-024957 FC 07 | F |
| Yuca Restaurant Corporation v. J. Berens & Sons Development | T | 02/19/16 | Andrew C. Hall, Esq. | J. Berens & Sons | | C |
| Castillo, Gabriel A. v. Garcia de Castillo, Anabel | T | 02/11/16 | Deborah S. Chames, Esq. | Gabriel Castillo | 2015-015625-FC-04 | C |
| Toal, Justin Ryan v. Esposito, Leigh | T | 02/09/16 | Andrew M. Lienoff, Esq. | Neutral | 2014-023995-FC-04 | F |
| Szpiro, Gabriela v. Szpiro, Andrew | T | 02/09/16 | Deborah S. Chames, Esq. | Gabriela Szpiro | 2015-030428-FC-04 | F |
| Yagudev., Dimitri v. Yagudev., Marina | T | 01/14/16 | Yanina Sheinkerman, Esq. | Dimitri Yagudaev | 2014-021821-FC-07 | F |


**Exhibit C**



**Inventory of Documents**
**Bluegreen Vacations Unlimited, Inc., et al. vs. Timeshare Termination Team, LLC, et al**
**As of September 28, 2022**

**Issue:  1. Court Documents**
**Issue:  1.1. Complaint**

| Doc No | Class | Subclass | Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLU0001 | Court Filings | First Amended Complaint for Damages and Injunctive Relief, filed 02/04/2022 | 2022 | | x | | | | | | | | | | |

**Issue:  1.2. Responses/Answers**

| Doc No | Class | Subclass | Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLU0004 | Court Filings | Notice of Service of BlueGreen Vacations Corporation's Amended and Supplemental Answers to Molfetta Law, LLC's First Set of Interrogatories, dated 02/01/2022 | 2022 | | x | | | | | | | | | | |
| BLU0005 | Court Filings | Notice of Service of BlueGreen Vacations Unlimited, Inc.'s Amended and Supplemental Answers to Molfetta Law, LLC's First Set of Interrogatories, dated 02/02/2022 | 2022 | | x | | | | | | | | | | |
| BLU0006 | Court Filings | Notice of Service of BlueGreen Vacations Corporation's Second Amended and Supplemental Answers to Molfetta Law, LLC's First Set of Interrogatories, dated 04/06/2022 | 2022 | | | | x | | | | | | | | |
| BLU0007 | Court Filings | Notice of Service of BlueGreen Vacations Unlimited, Inc's Second Amended and Supplemental Answers to Molfetta Law, LLC's First Set of Interrogatories, dated 04/06/2022 | 2022 | | | | x | | | | | | | | |
| BLU0008 | Court Filings | Plaintiff BlueGreen Vacations Unlimited, Inc's Responses to Defendant Michael Molfetta's First Request for Production, dated 05/25/2022 | 2022 | | | | x | | | | | | | | |

**Issue:  1.3. Disclosures**

| Doc No | Class | Subclass | Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLU0002 | Court Filings | Plaintiffs' Amended Rule 26 Disclosures, 02/02/2022 | 2022 | | x | | | | | | | | | | |
| BLU0003 | Court Filings | Plaintiffs' Second Amended Rule Disclosures, 03/25/2022 | 2022 | | | x | | | | | | | | | |

**Issue:  1.4. Hearing**

| Doc No | Class | Subclass | Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLU0009 | Court Filings | Transcript of Zoom Evidentiary Hearing, dated 07/21/2022 | 2022 | | | | | | | x | | | | | |

**Issue:  1.5. Motion**

| Doc No | Class | Subclass | Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLU0010 | Court Filings | Plaintiff's Closing Brief in Opposition to Molfetta Defendants' Motion for Rule 11 Sanctions, filed 09/12/2022 | 2022 | | | | | | | | | | | | |



**Exhibit C**



**Inventory of Documents**
**Bluegreen Vacations Unlimited, Inc., et al. vs. Timeshare Termination Team, LLC, et al**
**As of September 28, 2022**

**Issue: 1.6. Closing**

| Doc No | Class | Subclass | Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLU0010 | Court Filings | Plaintiff's Closing Brief in Opposition to Molfetta Defendants' Motion for Rule 11 Sanctions, filed 09/12/2022 | 2022 | | | | | | | | | | | | |
| BLU0011 | Court Filings | Molfetta Defendants' Post-Hearing Brief and Closing Statement, filed 09/12/2022 | 2022 | | | | | | | | | x | | | |

**Issue: 2. BlueGreen Vacations Corporation**

**Issue: 2.1. Form 1099-A**

| Doc No | Class | Subclass | Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLU0013 | Tax Returns | 2020 Form 1099-A from BlueGreen Vacations Corporation to Julia Balbuena for $16,384.53 | 2020 | | | | | | | | | | | | |
| BLU0014 | Tax Returns | 2020 Form 1099-A from BlueGreen Vacations Corporation to Danny M Berber for $7,357.57 | 2020 | | | | | | | | | | | | |
| BLU0015 | Tax Returns | 2019 Form 1099-A from BlueGreen Vacations Corporation to Katrina Mcfadden for $7,812.96 | 2019 | | | | | | | | | | | | |
| BLU0016 | Tax Returns | 2021 Form 1099-A from BlueGreen Vacations Corporation to Heather Marie Crews for $6,710.66 | 2021 | | | | | | | | | | | | |
| BLU0017 | Tax Returns | 2020 Form 1099-A from BlueGreen Vacations Corporation to Gerardo Cabral Flores of $10,286.48 | 2020 | | | | | | | | | | | | |
| BLU0018 | Tax Returns | 2020 Form 1099-A from BlueGreen Vacations Corporation to Amanda Gail Winfree of $39,307.68 | 2020 | | | | | | | | | | | | |
| BLU0019 | Tax Returns | 2021 Form 1099-A from BlueGreen Vacations Corporation to Toni Maria Chadd of $6,710.66 | 2021 | | | | | | | | | | | | |
| BLU0020 | Tax Returns | 2020 Form 1099-A from BlueGreen Vacations Corporation to Toni Maria Chadd of $5,593.02 | 2020 | | | | | | | | | | | | |

**Issue: 2.2. Agreements**

| Doc No | Class | Subclass | Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLU0021 | Agreements/Contracts | BlueGreen Owner Beneficiary Agreement, Purchaser Jesse D Stephens, dated 06/17/2019 | 2019 | | | | | | x | | | | | | |
| BLU0022 | Agreements/Contracts | BlueGreen Owner Beneficiary Agreement, Purchaser James G Owen, dated 03/31/2006 | 2006 | | | x | | | | | | | | | |
| BLU0023 | Agreements/Contracts | BlueGreen Owner Beneficiary Agreement, Purchaser James G Owen & Angela H Owen, dated 08/31/2020 | 2020 | | | | | | | | x | | | | |

**Issue: 3. Southern Peaks Resorts, LLC**

**Issue: 3.1. Promissory Notes**

| Doc No | Class | Subclass | Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLU0012 | Court Filings | Southern Peaks Resorts, LLC Promissory Note of $7,650, dated 08/31/2020 | 2020 | | | | | | | | x | | | | |

☐ CORRECTED (if checked)

**Exhibit D**

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>BLUEGREEN VACATIONS CORPORATION<br>4960 CONFERENCE WAY NORTH #100<br>BOCA RATON, FL 33431-4413<br>800-330-1367 | OMB No. 1545-0877<br><br>**20 20**<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|
| | 1 Date of lender's acquisition or knowledge of abandonment<br><br>05/27/2020 | 2 Balance of principal outstanding<br><br>$ 16,384.53 | **Copy B**<br>**For Borrower** |

| LENDER'S TIN | BORROWER'S TIN |
|---|---|
| 03-0300793 | 6274 |

| BORROWER'S name<br><br>Julia  Balbuena | 3 | 4 Fair market value of property<br><br>$ 16,384.53 |
|---|---|---|

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

| Street address (including apt. no.)<br>23719 S Kings Rd | 5 If checked, the borrower was personally liable for repayment of the debt  . . . . . . . . . . . ▶ ☒ |
|---|---|
| City or town, state or province, country, and ZIP or foreign postal code<br><br>Crete IL 60417-9689 | 6 Description of property<br><br>TIMESHARE |
| Account number (see instructions)<br>0639213 0000639213 1 | |

Form **1099-A**     (keep for your records)     www.irs.gov/Form1099A     Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown generally is the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.

BLUEGREEN VACATIONS CORPORATION
4960 CONFERENCE WAY NORTH #100
BOCA RATON, FL 33431-4413

1099 ▲ 0 0 1 0 5 3
Julia  Balbuena
23719 S Kings Rd
Crete IL 60417-9689

BG-TTT_MOLFETTA 001513

**Exhibit D**

| | | |
|---|---|---|
| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>BLUEGREEN VACATIONS CORPORATION<br>4960 CONFERENCE WAY NORTH #100<br>BOCA RATON, FL 33431-4413<br>800-330-1367 | OMB No. 1545-0877<br><br>**2020**<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |

☐ CORRECTED (if checked)

| LENDER'S TIN | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding | **Copy B**<br>**For Borrower** |
|---|---|---|---|---|
| 03-0300793 | 4730 | 12/09/2020 | $ 7,357.57 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |

| | | |
|---|---|---|
| BORROWER'S name<br><br>Danny M Berber | 3 | 4 Fair market value of property<br><br>$ 7,357.57 |
| Street address (including apt. no.)<br>2733 Veda Dr |  | 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . ▶ ☒ |
| City or town, state or province, country, and ZIP or foreign postal code<br><br>Ceres CA 95307-4224 | | 6 Description of property<br><br>TIMESHARE |
| Account number (see instructions)<br>2138631 0002138631 1 | | |

Form **1099-A**      (keep for your records)      www.irs.gov/Form1099A      Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown generally is the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.

BLUEGREEN VACATIONS CORPORATION
4960 CONFERENCE WAY NORTH #100
BOCA RATON, FL 33431-4413

1099 ▲ 0 0 1 3 2 8
Danny M Berber
2733 Veda Dr
Ceres CA 95307-4224

☐ CORRECTED (if checked)                                                                           **Exhibit D**

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|

BLUEGREEN VACATIONS CORPORATION
4960 CONFERENCE WAY NORTH #100
BOCA RATON, FL 33431-4413
800-330-1367

**20 19**

Form **1099-A**

| LENDER'S TIN | BORROWER'S TIN | **1** Date of lender's acquisition or knowledge of abandonment | **2** Balance of principal outstanding | **Copy B For Borrower** |
|---|---|---|---|---|
| 03-0300793 | 2886 | 04/15/2019 | $7,812.96 | |

| BORROWER'S name | **3** | **4** Fair market value of property | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
|---|---|---|---|

Katrina Mcfadden

$7,812.96

Street address (including apt. no.)
PO Box 399

**5** If checked, the borrower was personally liable for repayment
of the debt  .  .  .  .  .  .  .  .  .  .  .  ▶ ☒

City or town, state or province, country, and ZIP or foreign postal code
Mount Hope KS 67108-0399

**6** Description of property

TIMESHARE

Account number (see instructions)
0678079 0000678079 1

Form **1099-A**          (keep for your records)          www.irs.gov/Form1099A          Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099a*.

BLUEGREEN VACATIONS CORPORATION
4960 CONFERENCE WAY NORTH #100
BOCA RATON, FL 33431-4413

1099A ▲ 0 0 1 0 4 1
Katrina Mcfadden
PO Box 399
Mount Hope KS 67108-0399

☐ CORRECTED (if checked)

**Exhibit D**

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| BLUEGREEN VACATIONS CORPORATION<br>4960 CONFERENCE WAY NORTH #100<br>BOCA RATON, FL 33431-4413<br>800-330-1367 | | **2021**<br>Form **1099-A** | |

| | | | | |
|---|---|---|---|---|
| LENDER'S TIN<br>03-0300793 | BORROWER'S TIN<br>6219 | **1** Date of lender's acquisition or knowledge of abandonment<br>01/27/2021 | **2** Balance of principal outstanding<br>$ 6,710.66 | **Copy B**<br>**For Borrower** |
| BORROWER'S name<br><br>Heather Marie Crews | | **3** | **4** Fair market value of property<br>$ 6,710.66 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if |
| Street address (including apt. no.)<br>24618 E Veteran Rd | | **5** If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . . . ▶ ☒ | | taxable income results from this transaction |
| City or town, state or province, country, and ZIP or foreign postal code<br>Milo MO 64767-7596 | | **6** Description of property<br><br>TIMESHARE | | and the IRS determines that it has not been reported. |
| Account number (see instructions)<br>0624623 0000624623 1 | | | | |

Form **1099-A**        (keep for your records)        www.irs.gov/Form1099A        Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 3.** Reserved for future use.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099A.*

BLUEGREEN VACATIONS CORPORATION
4960 CONFERENCE WAY NORTH #100
BOCA RATON, FL 33431-4413

1099A ▲ 0 0 7 2 7 4
Heather Marie Crews
24618 E Veteran Rd
Milo MO 64767-7596

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>**BLUEGREEN VACATIONS CORPORATION**<br>**4960 CONFERENCE WAY NORTH #100**<br>**BOCA RATON, FL 33431-4413**<br>**800-330-1367** | CORRECTED (if checked) | Exhibit D |
|---|---|---|

**OMB No. 1545-0877**

**2020** Form **1099-A**

**Acquisition or Abandonment of Secured Property**

| 1 Date of lender's acquisition or knowledge of abandonment<br><br>10/21/2020 | 2 Balance of principal outstanding<br><br>$ 10,286.48 |
|---|---|

| LENDER'S TIN<br>03-0300793 | BORROWER'S TIN<br>9043 |
|---|---|

| 3 | 4 Fair market value of property<br><br>$ 10,286.48 |
|---|---|

BORROWER'S name

Gerardo  Cabral Flores

5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . ▶ [X]

Street address (including apt. no.)
1503 S Coast Dr Ste 202

6 Description of property

City or town, state or province, country, and ZIP or foreign postal code

Costa Mesa CA 92626-1527

TIMESHARE

Account number (see instructions)
0631215 0000631215 1

**Copy B**
**For Borrower**

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-A**    (keep for your records)    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown generally is the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal amount) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099A*.

BLUEGREEN VACATIONS CORPORATION
4960 CONFERENCE WAY NORTH #100
BOCA RATON, FL 33431-4413

1099 ▲ 0 0 3 4 8 8
Gerardo   Cabral Flores
1503 S Coast Dr Ste 202
Costa Mesa CA 92626-1527

BG-TTT_MOLFETTA 001511

Exhibit D

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>BLUEGREEN VACATIONS CORPORATION<br>4960 CONFERENCE WAY NORTH #100<br>BOCA RATON, FL 33431-4413<br>800-330-1367 | OMB No. 1545-0877<br><br>2020<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|

☐ CORRECTED (if checked)

| | | **Copy B** |
|---|---|---|
| LENDER'S TIN<br>03-0300793 | BORROWER'S TIN<br>5622 | **1** Date of lender's acquisition or knowledge of abandonment<br>05/04/2020 | **2** Balance of principal outstanding<br>$ $39,307.68 | **For Borrower** |

| BORROWER'S name<br><br>Amanda Gail Winfree | **3** | **4** Fair market value of property<br><br>$ $39,307.68 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
|---|---|---|---|
| Street address (including apt. no.)<br>5463 Highway E | **5** If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . ▶ ☒ | | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Perryville MO 63775-9482 | **6** Description of property<br><br>TIMESHARE | | |
| Account number (see instructions)<br>0716086 0000716086 1 | | | |

Form **1099-A**       (keep for your records)       www.irs.gov/Form1099A       Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown generally is the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099A*.

BLUEGREEN VACATIONS CORPORATION
4960 CONFERENCE WAY NORTH #100
BOCA RATON, FL 33431-4413

1099 ▲ 0 0 2 5 5 7
Amanda Gail Winfree
5463 Highway E
Perryville MO 63775-9482

☐ CORRECTED (if checked)

**Exhibit D**

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | Acquisition or Abandonment of Secured Property |
|---|---|---|---|
| BLUEGREEN VACATIONS CORPORATION<br>4960 CONFERENCE WAY NORTH #100<br>BOCA RATON, FL 33431-4413<br>800-330-1367 | | **20**21<br>Form **1099-A** | |

| LENDER'S TIN | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding | **Copy B**<br>**For Borrower** |
|---|---|---|---|---|
| 03-0300793 | 5432 | 01/27/2021 | $ 6,710.66 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |

| BORROWER'S name | 3 | 4 Fair market value of property | |
|---|---|---|---|
| Toni Maria Chadd | | $ 6,710.66 | |

Street address (including apt. no.)
24618 E Veteran Rd

5 If checked, the borrower was personally liable for repayment of the debt  . . . . . . . . . . . . ▶ ☒

City or town, state or province, country, and ZIP or foreign postal code
Milo MO 64767-7596

6 Description of property

TIMESHARE

Account number (see instructions)
0624623 0000624623 1

Form **1099-A**        (keep for your records)        www.irs.gov/Form1099A        Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 3.** Reserved for future use.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.

BLUEGREEN VACATIONS CORPORATION
4960 CONFERENCE WAY NORTH #100
BOCA RATON, FL 33431-4413

1099A ▲ 0 0 7 2 7 3
Toni Maria Chadd
24618 E Veteran Rd
Milo MO 64767-7596

Confidential

**Exhibit D**

| | | |
|---|---|---|
| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>BLUEGREEN VACATIONS CORPORATION<br>4960 CONFERENCE WAY NORTH #100<br>BOCA RATON, FL 33431-4413<br>800-330-1367 | OMB No. 1545-0877<br><br>**2020**<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |

☐ CORRECTED (if checked)

| LENDER'S TIN | BORROWER'S TIN | | |
|---|---|---|---|
| 03-0300793 | 5432 | | |

| | |
|---|---|
| **1** Date of lender's acquisition or knowledge of abandonment<br>05/13/2020 | **2** Balance of principal outstanding<br>$ 5,593.02 |

**Copy B**
**For Borrower**

BORROWER'S name

Toni Maria Chadd

| **3** | **4** Fair market value of property<br>$ 5,593.02 |
|---|---|

Street address (including apt. no.)
24618 E Veteran Rd

**5** If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . ▶ ☒

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

City or town, state or province, country, and ZIP or foreign postal code
Milo MO 64767-7596

**6** Description of property
TIMESHARE

Account number (see instructions)
0655280 0000655280 1

Form **1099-A**    (keep for your records)    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown generally is the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.

BLUEGREEN VACATIONS CORPORATION
4960 CONFERENCE WAY NORTH #100
BOCA RATON, FL 33431-4413

1099 ▲ 0 0 4 9 9 6
Toni Maria Chadd
24618 E Veteran Rd
Milo MO 64767-7596

    BG-TTT_MOLFETTA 001515