UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 20-cv-25318-BLOOM/Otazo-Reyes

BLUEGREEN VACATIONS UNLIMITED, INC., *et al.*,

Plaintiffs,

v.

TIMESHARE TERMINATION TEAM, LLC, *et al.*,

Defendants.
_____/

## NOTICE OF DISCOVERY HEARING

PLEASE TAKE NOTICE that the following matters will be heard before the Honorable Magistrate Judge Alicia M. Otazo-Reyes on **Thursday, December 15, 2022, at 1:00 p.m. ET** by remote videoconference:

### DISCOVERY DISPUTES:

Plaintiffs, BLUEGREEN VACATIONS UNLIMITED, INC. and BLUEGREEN VACATIONS CORPORATION (together, "Bluegreen"), and Defendants, MICHAEL A. MOLFETTA and MOLFETTA LAW, LLC (together, "Molfetta"), require resolution of the following discovery disputes:

(1) Bluegreen seeks an order to compel and for sanctions against Molfetta regarding Molfetta's failure to produce materials memorializing widely disseminated communications by Molfetta directed to clients (i.e., YouTube videos published on the internet), including from sources that were not disclosed to Epiq as required by the Sanctions Order, ECF No. [163]. In connection therewith, Bluegreen seeks an order requiring Molfetta to confirm that all data sources with potentially responsive material have been captured by Epiq and searched in accordance with the Sanctions Order.

(2) Molfetta Law, LLC, via corporate representative, refused to answer questions during its deposition regarding recordings of certain telephone calls with other Defendants. Bluegreen seeks an order compelling this testimony.

(3) Bluegreen seeks an order overruling claims of attorney-client privilege attendant to blast/mass correspondence (letters and emails) by Molfetta to clients, which have not been produced in this litigation.

(4) Setting a date certain for the full production of Phase II documents covered by the Sanctions Order. Molfetta has unilaterally determined that a rolling production will be completed after the discovery deadline with no date certain.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for the Plaintiffs hereby certifies that they engaged in conferral via videoconference and email with counsel for Molfetta on December 8, 2022. Counsel for Molfetta advised that they would inform Plaintiffs' counsel of their position promptly, but have not yet done so. Plaintiffs will update this certification once Molfetta's position on these issues is provided. The Parties will continue to confer on these issues and will update the Court should any of the disputes reach resolution.

Dated: December 8, 2022

Respectfully submitted,

/s/ Glennys Ortega Rubin
**ERIC C. CHRISTU, ESQ.**
Florida Bar No. 434647
echristu@shutts.com
**JONATHAN P. HART, ESQ.**
Florida Bar No. 55982
jhart@shutts.com
**SHUTTS & BOWEN, LLP**
CityPlace Tower
525 Okeechobee Blvd., Suite 1100
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

and

**ALFRED J. BENNINGTON, JR., ESQ.**

2

>Florida Bar No. 0404985
>bbennington@shutts.com
>**GLENNYS ORTEGA RUBIN, ESQ.**
>Florida Bar No. 556361
>grubin@shutts.com
>**MICHAEL QUINN, ESQ.**
>Florida Bar No. 84587
>mquinn@shutts.com
>**CHRISTIAN M. LEGER, ESQ.**
>Florida Bar No. 0100562
>cleger@shutts.com
>**SHUTTS & BOWEN LLP**
>300 South Orange Avenue, Suite 1600
>Orlando, Florida 32801
>Telephone: (407) 835-6755
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2022, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the Court's CM/ECF filing system, which will serve a copy via electronic mail upon the following CM/ECF Participants, and on the aforementioned date I caused a true and correct copy of the foregoing to be served via U.S. Mail, postage prepaid, upon the following non-CM/ECF Participants:

| CM/ECF PARTICIPANTS | NON-CM/ECF PARTICIPANT |
|---|---|
| Jonathan Etra, Esq. <br> Email: jonathan.etra@nelsonmullins.com <br> Email:  yusimy.bordes@nelsonmullins.com <br> Mark F. Raymond, Esq. <br> Email: mark.raymond@nelsonmullins.com <br> Email:  stacy.smith@nelsonmullins.com <br> Christopher Cavallo, Esq. <br> Email: chris.cavallo@nelsonmullins.com <br> Email: Claudia.orozco@nelsonmullin.com <br> Email: alfonso.orozco@nelsonmullin.com <br> Becky Esquenazi, Esq. <br> Email: becky.esquenazi@nelsonmullins.com <br> Email: stacy.smith@nelsonmullins.com <br> Nelson Mullins <br> One Biscayne Tower, 21st Floor <br> 2 S. Biscayne Blvd. | Jordan Salkin <br> Freedom Consumer Services LLC <br> d/b/a Timeshare Freedom Group <br> Booking # 3213378 <br> Theo Lacy Jail <br> 501 The City Dr. S. <br> Orange, CA 92867 <br><br> Shayna G. Schroeder <br> Systema Marketing, Inc. <br> P.O. Box 2618, #426 <br> San Miguel Drive <br> Newport Beach, CA 92660 |

| Miami, FL  33131<br>Telephone: (305) 373-9400<br>Facsimile: (305) 995-6449<br><br>*Attorney for Michael Molfetta and Molfetta Law, LLC* | |
|---|---|

*/s/ Glennys Ortega Rubin*
**GLENNYS ORTEGA RUBIN, ESQ.**

ORLDOCS 20163865