UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-25318-BB

BLUEGREEN VACATIONS UNLIMITED, INC. *et ano*.,

    Plaintiffs,

v.

TIMESHARE TERMINATION TEAM, LLC, *et al*.,

    Defendants.
_____/

## CROSS-NOTICE OF DISCOVERY HEARING

PLEASE TAKE NOTICE that Defendants, Michael A. Molfetta and Molfetta Law, LLC, cross-notice the following matters to be heard before the Honorable Magistrate Judge Alicia M. Otazo-Reyes via Zoom conference on **Thursday, December 15, 2022, at 1:00 p.m. ET**:

### DISCOVERY DISPUTE:

Defendants, Michael A. Molfetta and Molfetta Law, LLC (together, "Molfetta"), and Plaintiffs, Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation, cannot come to agreement on certain other issues that have arisen:

(1) Plaintiffs claim "Associational Privilege" for numerous documents on their privilege log, which was first made available to Molfetta Defendants on December 9, 2022, the date discovery ended. Molfetta Defendants challenge Plaintiffs' claim of "Associational Privilege."

(2) Plaintiffs indicate that several of the documents on their privilege log relate to specific owners, but do not identify those owners. Molfetta Defendants seek identification of the specific owners referenced in the privilege log.

(3) Plaintiffs produced versions of their loan payment summary ("LSAM") computer printouts that are supposed to include the credit scores of the 24 relevant owners. The LSAMs produced by Plaintiffs to date do not include these credit scores, despite having a credit score field.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Counsel for Molfetta hereby certifies that they have engaged and continue to engage in conferrals with counsel for Plaintiffs on the foregoing issues, and that despite these efforts, the parties remain in dispute over them.

Dated: December 13, 2022

        Respectfully submitted,

        By: /s/ Christopher Cavallo
        Jonathan Etra
        Florida Bar No. 0686905
        Christopher Cavallo
        Florida Bar No. 0092305
        NELSON MULLINS BROAD AND CASSEL
        Co-Counsel for Defendants Michael A. Molfetta
        and Molfetta Law, LLC
        One Biscayne Tower, 21st Floor
        2 S. Biscayne Boulevard
        Miami, FL 33131
        Telephone: 305.373.9400
        Facsimile: 305.995.6449

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of December 2022, a true and correct copy of the foregoing has been served to the parties on the following service list, in the manner so indicated.

By: /s/ Christopher Cavallo
Christopher Cavallo