UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-25318-BB

BLUEGREEN VACATIONS UNLIMITED, INC. *et ano*.,

    Plaintiffs,

v.

TIMESHARE TERMINATION TEAM, LLC, *et al*.,

    Defendants.

_____/

### AMENDED CROSS-NOTICE OF DISCOVERY HEARING

PLEASE TAKE NOTICE that Defendants, Michael A. Molfetta and Molfetta Law, LLC, respectfully submit this amended cross-notice of the following matters to be heard before the Honorable Magistrate Judge Alicia M. Otazo-Reyes via Zoom conference on **Thursday, December 15, 2022, at 1:00 p.m. ET**:

### DISCOVERY DISPUTE:

Defendants, Michael A. Molfetta and Molfetta Law, LLC (together, "Molfetta"), and Plaintiffs, Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation, have resolved several of the disputes in Molfetta's prior cross-notice [D.E. 438], but cannot come to agreement on certain other issues that have arisen:

(1) Plaintiffs produced versions of their loan payment summary ("LSAM") computer printouts that are supposed to include the credit scores of the 24 relevant owners. The LSAMs produced by Plaintiffs to date do not include these credit scores, despite having a credit score field.

(2) Plaintiffs produced a loan history chart that contains the name of an individual who is not one of the 24 relevant owners in this case.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for Molfetta hereby certifies that they have engaged and continue to engage in conferrals with counsel for Plaintiffs on the foregoing issues, and that despite these efforts, the parties remain in dispute over them.

Dated: December 14, 2022

Respectfully submitted,

By: /s/ Christopher Cavallo
Jonathan Etra
Florida Bar No. 0686905
Christopher Cavallo
Florida Bar No. 0092305
NELSON MULLINS BROAD AND CASSEL
Co-Counsel for Defendants Michael A. Molfetta
and Molfetta Law, LLC
One Biscayne Tower, 21st Floor
2 S. Biscayne Boulevard
Miami, FL 33131
Telephone: 305.373.9400
Facsimile: 305.995.6449

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of December 2022, a true and correct copy of the foregoing has been served to the parties on the following service list, in the manner so indicated.

By: /s/ Christopher Cavallo
Christopher Cavallo