**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 20-cv-25318-BLOOM/Otazo-Reyes**

BLUEGREEN VACATIONS UNLIMITED, INC., a
Florida corporation, *et ano.*

    Plaintiffs,

v.

TIMESHARE TERMINATION TEAM, LLC, a
Colorado limited liability company, *et al.,*

    Defendants.

_____/

**JOINT EXPEDITED MOTION TO EXTEND SUMMARY**
**JUDGMENT, *DAUBERT*, AND *IN LIMINE* RESPONSE DEADLINES**

Plaintiffs Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation (collectively, "Bluegreen") and Defendants Michael A. Molfetta and Molfetta Law (collectively, "Molfetta," and together with Bluegreen, the "Parties"), jointly submit this expedited motion to extend summary judgment, *Daubert*, and *in limine* response deadlines.

The Parties file this motion as <u>expedited</u> pursuant to Local Rule 7.1(d)(2), and seek a ruling by **Tuesday, December 27, 2022**, because the Parties' deadline to file the motions at issue herein is January 4, 2023. In support of this Motion, the Parties jointly state:

    1.    On December 21, 2022, the Parties filed robust summary judgment, Daubert, and *in limine* motions (the "Pre-Trial Motions").

2. The Parties respectfully request a short extension of time of 10 calendar days to file responses to the same. Specifically, the Parties request that the deadline to file these responses be extended from January 4, 2022 to January 16, 2023.

3. The requested extension will **not** affect the trial date or any other pretrial deadlines.

4. The Parties respectfully submit that they have "good cause" for these requested extensions for two reasons.

5. First, the Pre-Trial Motions are lengthy and complex: Plaintiffs' *Daubert* motion has four challenges, Plaintiffs' *in limine* motion has twelve challenges, and Plaintiffs moved for partial summary judgment on its FDUTPA claim and twelve of Molfetta's affirmative defenses. Molfetta's *Daubert* motion has three challenges, it's *in limine* motion has eight issues, and Molfetta moved for summary judgment on all counts against Molfetta.

6. As such, the complexity and number of issues involved in the Pre-Trial Motions necessitate additional time to ensure the Parties can fully and properly respond.

7. Second, the Parties have scheduling conflicts with the intervening Christmas and New Year holiday. Further, the two partners involved in this case for Molfetta on a day-to-day basis, Jonathan Etra and Chris Cavallo, have additional conflicts during this time period. Mr. Etra is scheduled to be with his family in Israel for his daughter's Bat Mitzvah from December 24 through January 3, 2023. Mr. Cavallo and his wife had their third child on December 18, 2022. As such, there are significant periods of time when either or both of them will be unavailable, prejudicing Molfetta, even with extreme efforts.

8. The Parties submit that the requested extension is needed so that the Parties can fully provide robust responses to summary judgment, *in limine*, and *Daubert* briefings, and the case may be fully adjudicated fairly and on the merits.

9.      For these reasons, the Parties respectfully submit they have "good cause" for these requested extensions, as it will not prejudice any party, it is a short extension, it will not impact other pretrial deadlines, and the extension is sought in good faith. *See Radke v. NCL (Bahamas) Ltd.,* No. 19-CV-23915, 2021 WL 827008, at *2 (S.D. Fla. Mar. 4, 2021) (finding courts should consider several factors in determining whether good cause exists for extension, including potential prejudice, the length of the delay and potential impact on judicial proceedings, the reason for the delay (including whether it was within the reasonable control of the movant), and whether the movant acted in good faith).

## CERTIFICATION OF MEET AND CONFER

Undersigned counsel hereby certifies that they have conferred by email on the foregoing, and they agree to the relief requested herein and seek such relief jointly.

## CONCLUSION

For the foregoing reasons, the Parties respectfully submits that this Motion be granted, such that the deadlines to respond to the summary judgment, Daubert, and *in limine* motions will be extended to January 16, 2022, with all other deadlines remaining in place, consistent with the proposed order attached as **Exhibit A**, and the Court grant any other relief it deems just and proper.

Dated:  December 22, 2022        Respectfully submitted,

| | |
|---|---|
| */s/ Christian M. Leger* | */s/ Jonathan Etra* |
| **ERIC C. CHRISTU, ESQ.** | **JONATHAN ETRA, ESQ.** |
| Florida Bar No. 434647 | Florida Bar No. 0686905 |
| echristu@shutts.com | Email: jonathan.etra@nelsonmullins.com |
| **JONATHAN P. HART, ESQ.** | Email:  yusimy.bordes@nelsonmullins.com |
| Florida Bar No. 55982 | **MARK F. RAYMOND, ESQ.** |
| jhart@shutts.com | Florida Bar No. 373397 |
| **SHUTTS & BOWEN, LLP** | Email: mark.raymond@nelsonmullins.com |
| CityPlace Tower | Email:  stacy.smith@nelsonmullins.com |
| 525 Okeechobee Blvd., Suite 1100 | **CHRISTOPHER CAVALLO, ESQ.** |
| West Palm Beach, Florida 33401 | Florida Bar No. 0092305 |
| Telephone: (561) 835-8500 | Email: chris.cavallo@nelsonmullins.com |
| Facsimile: (561) 650-8530 | Email: Claudia.orozco@nelsonmullin.com |
| | Email: alfonso.orozco@nelsonmullin.com |
| **ALFRED J. BENNINGTON, JR., ESQ.** | **BECKY ESQUENAZI, ESQ.** |
| Florida Bar No. 0404985 | Florida Bar No. 1032042 |
| bbennington@shutts.com | Email: becky.esquenazi@nelsonmullins.com |
| **GLENNYS ORTEGA RUBIN, ESQ.** | Email: stacy.smith@nelsonmullins.com |
| Florida Bar No. 556361 | Nelson Mullins |
| grubin@shutts.com | One Biscayne Tower, 21st Floor |
| **MICHAEL QUINN, ESQ.** | 2 S. Biscayne Blvd. |
| Florida Bar No. 84587 | Miami, FL  33131 |
| mquinn@shutts.com | Telephone: (305) 373-9400 |
| **CHRISTIAN M. LEGER, ESQ.** | Facsimile: (305) 995-6449 |
| Florida Bar No. 0100562 | |
| cleger@shutts.com | *Attorney for Michael Molfetta and Molfetta Law, LLCCounsel for Michael Molfetta and Molfetta Law, LLC* |
| **SHUTTS & BOWEN LLP** | |
| 300 South Orange Avenue, Suite 1600 | |
| Orlando, Florida 32801 | |
| Telephone: (407) 835-6755 | |
| Facsimile: (407) 849-7255 | |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of December 2022, a true and correct copy of the foregoing was filed using the CM/ECF system.

By: /s/ *Jonathan Etra*
Jonathan Etra