UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-25318-BLOOM/Otazo-Reyes

BLUEGREEN VACATIONS UNLIMITED, INC.,
and BLUEGREEN VACATIONS CORPORATION,

    Plaintiffs,

v.

TIMESHARE TERMINATION TEAM, LLC,
*et al.*

    Defendants.
_____/

**STIPULATED FINAL PERMANENT INJUNCTION
ORDER AGAINST TIMESHARE TERMINATION TEAM,
LLC, BRIAN STEPHEN WILBUR, AND HOLLY WILBUR**

**THIS CAUSE** is before the Court upon Plaintiffs Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation's (together, "Bluegreen") Motion for Permanent Injunction Against the TTT Defendants, ECF No. [580] ("Motion"). Therein, Bluegreen requests that the Court enter a Stipulated Final Permanent Injunction Order ("Permanent Injunction"), ECF No. [580-1], pursuant to Federal Rule of Civil Procedure 65(d) against Defendants Timeshare Termination Team, LLC ("TTT"), Brain Stephen Wilbur and Holly Wilbur (together, the "Wilburs"). The Court has considered the Motion, Bluegreen's supporting submissions, the record in this case, the applicable law, and is otherwise fully advised.

In the Permanent Injunction, Bluegreen, TTT, and the Wilburs jointly stipulate to the following:[1]

---

[1] For the avoidance of duplication, the Court omits those stipulations which the Courts adopts as the Order of the Court, as set forth below.

Case No. 20-cv-25318-BLOOM/Otazo-Reyes

1. Bluegreen filed its Complaint against TTT and the other Defendants, including, the Wilburs, in the United States District Court for the Southern District of Florida, styled *Bluegreen Vacations Unlimited, Inc., et al., v. Timeshare Termination Team, LLC, et al.*, Case No. 20-cv-25318-BLOOM/Otazo-Reyes (the "Litigation"). In the Litigation, Bluegreen asserted the following claims specifically against TTT and the Wilburs: (1) false advertising in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1) (Count I of the Complaint); (2) tortious interference with contractual relations (Count VI of the Complaint); (3) conspiracy to commit tortious interference with Bluegreen's timeshare contracts (Count VIII of the Complaint); and (4) a violation of Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA")-Injunctive Relief Only (Count X of the Complaint).

2. Bluegreen, TTT, and the Wilburs stipulate to the entry of this Permanent Injunction.

3. TTT and the Wilburs acknowledge the jurisdiction of this Court for purposes of entering and enforcing this Permanent Injunction, and waive:

   a. Any further procedural steps;

   b. Any requirement that this Permanent Injunction contain any findings of fact or conclusions of law; and

   c. Any right to appeal, seek judicial review, or otherwise challenge or contest the validity of this Permanent Injunction.

4. TTT and the Wilburs acknowledge and agree that they enter into this Permanent Injunction knowingly and willfully and with full understanding of its terms, having reviewed them after due consideration, and with opportunity to have separate legal counsel review its terms.

6. Nothing in the Joint Motion filed by Bluegreen, TTT, and the Wilburs in furtherance of the entry of this Permanent Injunction by the Court impacts or hinders Bluegreen's

ongoing claims against the remaining Defendants to this Litigation.

## DEFINITIONS

As used herein, "Bluegreen" means the named Plaintiffs to the Litigation, BLUEGREEN VACATIONS UNLIMITED, INC., and BLUEGREEN VACATIONS CORPORATION, as well as all the subsidiaries, affiliated and/or related companies, resorts and related homeowners associations, of these named Plaintiffs, including but not limited to, those resorts listed on the attached **Exhibit "1**,**"** and any additional subsidiaries, affiliates, resorts and homeowner associations that may come into existence after entry of this Permanent Injunction.

As used herein, "Bluegreen Interest" shall be interpreted broadly to include any Bluegreen timeshare interest, Bluegreen points-based program, or other Bluegreen vacation ownership interest of any kind, including but not limited to, all current Bluegreen timeshare products and all legacy products affiliated with Bluegreen.

As used herein, "Timeshare Interest" shall be interpreted broadly to include any Bluegreen Interest as defined herein, as well as any other vacation ownership product or interests associated with Bluegreen or any other timeshare company or developer, including but not limited to, any deeded or points-based vacation ownership program and any other vacation ownership interest of any kind.

As used herein, "Bluegreen Owner" means:

a) a person who owns a Bluegreen Interest; or

b) a person who has an existing payment obligation in favor of Bluegreen related in any way to a Bluegreen Interest; or

    c)    a person who is otherwise an owner, member, renter, and/or guest (regardless of whether they have yet purchased a Bluegreen Interest) of any Bluegreen Interest, regardless of the form, in

        i    any resort listed on the attached **Exhibit "1"**;

        ii    any resort acquired or developed by, or that becomes an affiliated resort of Bluegreen or any of its subsidiaries and/or affiliates after the entry of this Permanent Injunction upon receiving written notification of the same, or

        iii    any owner of a points-based timeshare ownership program denominated as a Bluegreen points-based program.

As used herein, "Timeshare Owner" means:

a)    Any Bluegreen Owner as defined herein;

b)    a person who owns a Timeshare Interest; or

c)    a person who has an existing payment obligation in favor of any timeshare company, timeshare developer, or any owners' association related in any way to a Timeshare Interest; or

d)    a person who is otherwise an owner, member, renter, and/or guest (regardless of whether they have yet purchased a Timeshare Interest) of any Timeshare Interest.

As used herein, "Third-Party Exit Company" or "TPE" refers to any individual or business that advertises, markets, solicits or provides, or alleges to provide (whether valid or not), any product, service, plan, or program represented, whether expressly or by implication, to:

a) Cancel, rescind, terminate, or otherwise effectuate an exit from a Timeshare Interest;

b) Cancel, rescind, terminate, reduce, or otherwise alleviate any Timeshare Owner's payment obligation to a timeshare developer and/or any homeowners association, whether based upon a promissory note, mortgage, maintenance fee, credit card agreement, or any other contract;

c) Assist any Timeshare Owner in obtaining a refund of any payments made by the Timeshare Owner to a timeshare developer and associated with any Timeshare Interest, including but not limited to, mortgage payments, maintenance fees, club dues, and/or the purchase price of the Timeshare Interest;

d) Represent, negotiate, obtain, or arrange a surrender, quit claim transfer, transfer back to an association, or a deed-in-lieu of foreclosure of a Timeshare Interest;

e) Offer or provide timeshare listing, resale, rental, financing, transfer, permanent or temporary trade-in, or other services or programs to any Timeshare Owner;

f) Provide, whether for profit or not for profit, any Timeshare Owner with draft correspondence to send to a timeshare developer, a governmental entity, regulator, or any consumer advocacy group, drafts or templates of papers or pleadings to be filed or submitted in any court action commenced in regard to a Timeshare Interest and/or any payment obligation in favor of a timeshare developer, or otherwise give any assistance, whether in the provision of forms, templates, samples, instructions or otherwise to any Timeshare Owner; or

    g) Provide advice or assistance in regard to any Timeshare Owner's credit record, including but not limited to, credit repair and debt validation services.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion for Permanent Injunction Against the TTT Defendants, **ECF No. [580]**, is **GRANTED**.

2. The Stipulated Final Permanent Injunction Order, ECF No. [580-1], is **APPROVED** and its stipulations are **ADOPTED** as set forth herein.

3. TTT and the Wilburs, as well as any officers, employees, agents, affiliated entities, and successors, and all other persons or entities, who are acting in active concert or participation with any of them, whether currently known or subsequently identified, shall be **PERMANENTLY RESTRAINED AND ENJOINED** from, directly or indirectly:

    a. Advising or inducing any Bluegreen Owner to stop making payments under their existing contracts with Bluegreen or its affiliates as referenced above, stop paying loans associated with their Bluegreen Interest, stop paying maintenance fees associated with their Bluegreen Interest, transfer their Bluegreen Interest, rescind or terminate their Bluegreen Interest, exit their Bluegreen Interest, or to otherwise violate or breach an obligation associated with their Bluegreen Interest or Bluegreen timeshare contracts and/or memberships.

    b. Marketing to, soliciting or in any way communicating with or assisting others in marketing to, soliciting or communicating with any Bluegreen Owner with respect to TPE services or their Bluegreen Interest.

c. Preparing, causing to be prepared, or otherwise assisting any other person or entity to prepare, whether directly or indirectly, any correspondence directed to Bluegreen on behalf of any Bluegreen Owner.

d. Directing, suggesting, or advising, or assisting others in directing, suggesting, or advising any Bluegreen Owner to stop, cease, or withhold any payment related to any Bluegreen Interest, including without limitation, related promissory notes, mortgage obligations, and/or maintenance fees.

e. Making any statement, advising, or suggesting, or otherwise assisting any other person or entity in making any statement, directly or by implication, that directs or in any way encourages a Bluegreen Owner to stop making any payment related to their Bluegreen Interest.

f. Offering any product or service as a TPE to any Bluegreen Owner. It shall not be a violation of this injunction for TTT, its agents, and/or the Wilburs to unintentionally advertise to, market to, approach, communicate with or solicit, whether directly, indirectly, or otherwise, anyone who happens to be a Bluegreen Owner with respect to any product or service that is *not* related to Bluegreen or a Bluegreen Interest.

g. Assisting any other individual or entity in offering or providing TPE services to any Bluegreen Owner or otherwise providing services as a TPE to any Bluegreen Owner.

h. Using, disseminating, selling, transferring, sharing, or otherwise providing to any person the names or contact information of any Bluegreen Owner.

    i.    Referring or directing any Bluegreen Owner to other persons or entities who offer or provide services as a TPE, any law firm or attorney, or any other legal services organization.

    j.    Except as otherwise required under any applicable federal or state law, preparing or transmitting, or otherwise assisting any other person or entity to prepare or transmit, whether directly or indirectly, on behalf of any Bluegreen Owner, any correspondence or complaints to any governmental agency or regulatory body, including without limitation, the Federal Trade Commission, the Consumer Financial Protection Bureau, or any State's attorney general.

    k.    Using any Bluegreen intellectual property, copyrights, or registered trademarks, or any other registered trademark owned by or licensed to Bluegreen, in any published materials, promotions, advertising, marketing, online web content, correspondence or in any other format whatsoever.

    l.    Participating in any form in the direct or indirect solicitation of Bluegreen Owners for the purpose of inducing a Bluegreen Owner's cancellation and/or termination of any Bluegreen Interest or otherwise in furtherance of operating or assisting in the operation of a TPE in soliciting a Bluegreen Owner, including but not limited to solicitation of a Bluegreen Owner by proxy, or the use of any third parties (including, without limitation, other TPEs, law firms, timeshare resale and transfer companies, marketing companies, title companies, or closing companies).

    m.    Except as otherwise required under any applicable federal or state law, contacting and/or having any communication, written or otherwise, with any Bluegreen

employee[2] for any purpose related to obtaining contact information for Bluegreen Owners.

n. Attempting to obtain, transmit, purchase, or sell Bluegreen Owner lists, check-in lists, sales records, or any proprietary or non-public Bluegreen business records or data, regardless of where such information was obtained.

o. Engaging in any form of conduct, or make any statements or representations, whether in writing or orally, that disparages or otherwise impairs the reputation, goodwill, or commercial interests of Bluegreen and/or its brand.

4. The Wilburs and TTT, along with its agents, employees, business partners, service providers and/or those acting at its direction, are hereby formally put on notice that any act in violation of any of the terms hereof may be considered and/or prosecuted as contempt of this Court.

5. The Court shall retain jurisdiction over the parties to this Permanent Injunction and the Litigation for the purpose of construing, interpreting, implementing, and/or enforcing the terms of this Permanent Injunction, including but not limited to, the imposition of sanctions and civil fines as a result of any violation of the terms contained herein.

6. Further, in the event of an alleged violation of this Permanent Injunction, Bluegreen will notify the breaching party, in writing, of the alleged violation. If the breaching party fails to cure the alleged violation within ten (10) business days, Bluegreen, in addition to injunctive and other relief the Court may provide, shall be entitled to

---

[2] For purposes of this injunction, Bluegreen Employee shall mean any employee of Bluegreen. This includes any employee of a Bluegreen property listed on **Exhibit "1,"** the corporate offices of Bluegreen, or any of the outside consultants, affiliates, and/or related entities that may have access to Bluegreen Owner information.

liquidated damages in the amount of $100,000.00 per violation of this Permanent Injunction, plus an additional $3,000.00 per diem for each day that the breaching party is found to have remained in violation after receiving written notice from Bluegreen (such injunctive relief, other relief the Court may provide, and liquidated damages, referred to collectively as "Injunction Violation Remedies"). The parties stipulate that the damages for breaching this Agreement are speculative, that liquidated damages are appropriate in this instance, and that the amount of liquidated damages set forth in this Permanent Injunction are reasonable.

7. If any provision of this Permanent Injunction shall be held invalid or unenforceable, the remainder shall nevertheless remain in full force and effect. If any provision is held invalid or unenforceable with respect to particular circumstances, it shall nevertheless remain in full force and effect in all other circumstances.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 12, 2023.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Brian and Holly Wilbur
6511 N. Village Road
Parker, CO 80134

Jordan Salkin
Freedom Consumer Services LLC
d/b/a Timeshare Freedom Group

Case No. 20-cv-25318-BLOOM/Otazo-Reyes

Booking # 3213378
Theo Lacy Jail
501 The City Dr. S.
Orange, CA 92867

TTT Defendants
Attn: Brian and Holly Wilbur
6511 N. Village Road
Parker, CO 80134

Shayna G. Schroeder
Systema Marketing, Inc.
P.O. Box 2618, #426
San Miguel Drive
Newport Beach, CA 92660

**Exhibit "1" to Stipulated Final Permanent Injunction Order**
**Bluegreen Resorts**

**Alabama**

- Gulf Shores, Shoreline Towers
- Gulf Shores, Paradise Isle Resort

**Arizona**

- Peoria, Cibola Vista Resort and Spa

**California**

- Big Bear Lake, The Club at Big Bear Village

**Colorado**

- Aspen, The Innsbruck Aspen

**Florida**

- Bradenton Beach, Via Roma Beach Resort
- Daytona Beach, Daytona SeaBreeze™
- Daytona Beach, Dolphin Beach Club
- Daytona Beach, Fantasy Island Resort II
- Fort Myers Beach, Tropical Sands Resort
- Fort Myers Beach, Windward Passage Resort
- Fort Myers Beach, Mariner's Boathouse & Beach Resort
- Delray Beach (Gulfstream), Gulfstream Manor
- Holmes Beach, Resort Sixty-Six
- Marathon, The Hammocks at Marathon™
- Orlando, The Fountains
- Orlando, Orlando's Sunshine Resort™
- Ormond Beach, Casa Del Mar Beach Resort
- Ormond Beach, Outrigger Beach Club
- Panama City Beach, Landmark Holiday Beach Resort
- Panama City Beach, Ocean Towers Beach Club
- Panama City Beach, Panama City Resort & Club
- Sanibel Island, Surfrider Beach Club
- St. Augustine, Grande Villas at World Golf Village®
- St. Pete Beach, Bluegreen at TradeWinds
- Surfside (Miami), Solara Surfside™

**Georgia**

- Marble Hill, Golf Club Villas at Big Canoe
- Marble Hill, Petit Crest Villas at Big Canoe
- Savannah, The Studio Homes at Ellis Square

**Hawaii**

- Kapaa (Kauai), Pono Kai Resort

**Illinois**

- Chicago, Hotel Blake

**Louisiana**

- New Orleans, Bluegreen Club La Pension™
- New Orleans, The Marquee

**Massachusetts**

- Dennis Port, The Breakers Resort
- Dennis Port, The Soundings Seaside Resort

**Michigan**

- Boyne Falls, Mountain Run at Boyne™

**Missouri**

- Branson, The Falls Village™
- Hollister, Paradise Point
- Ridgedale, The Cliffs™ at Long Creek
- Ridgedale, Wilderness Club™ at Big Cedar®

**Montana**

- Big Sky, Lake Condominiums at Big Sky

**New Hampshire**

- Lincoln, South Mountain Resort

**New Jersey**

- Atlantic City, Bluegreen at Atlantic Palace

**Nevada**

- Las Vegas, Bluegreen Club 36™

**New York**

- New York City, The Manhattan Club

**North Carolina**

- Banner Elk, Blue Ridge Village
- Cashiers, Club Lodges at Trillium
- Lake Lure, Foxrun Townhouses
- New Bern, Sandcastle Village II
- New Bern, Waterwood Townhouses

**Pennsylvania**

- Hershey, The Suites at Hershey

**South Carolina**

- Charleston, King 583
- Charleston, The Lodge Alley Inn™
- Hilton Head Island, Players Club
- Myrtle Beach, Carolina Grande™
- Myrtle Beach, SeaGlass Tower™
- Myrtle Beach, Harbour Lights™
- Myrtle Beach, Horizons at 77th
- North Myrtle Beach, Shore Crest Vacation Villas™ I & II

**Tennessee**

- Gatlinburg, MountainLoft™
- Pigeon Forge, Laurel Crest™

**Texas**

- San Antonio, Éilan Hotel & Spa

**Virginia**

- Gordonsville, Shenandoah Crossing™
- Williamsburg, Parkside Williamsburg Resort
- Williamsburg, Bluegreen Patrick Henry Square™

**Wisconsin**

- Wisconsin Dells, Bluegreen Odyssey Dells™
- Wisconsin Dells, Christmas Mountain Village™

**Aruba**

- Oranjestad, La Cabana Beach Resort & Casino