UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-25318-BLOOM/Otazo-Reyes

BLUEGREEN VACATIONS UNLIMITED, INC.,
and BLUEGREEN VACATIONS CORPORATION,

    Plaintiffs,

v.

TIMESHARE TERMINATION TEAM, LLC,
*et al.*

    Defendants.

_____/

**<u>ORDER ON PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT</u>**

    **THIS CAUSE** is before the Court upon Plaintiffs Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation's ("Plaintiffs" or "Bluegreen") Motion for Entry of Final Judgment as to Defendants TFG and Systema, ECF No. [588]. The Court has reviewed the Motion and is otherwise duly advised.

    As a preliminary matter, the Court notes Bluegreen seeks entry of final judgment as to TFG and Systema only; however, Defendant Jordan Salkin is the only other Defendant who has not been dismissed from this action. As such, Rule 54(b) of the Federal Rules of Civil Procedure requires that the Court expressly determine that there is no just reason for delay of the entry of a final judgment as to TFG and Systema. Fed R. Civ. P. 54(b). A district court should not enter default judgment against a defaulting defendant where that defendant is not jointly and severally liable with, but is similarly situated to, another defendant against whom a plaintiff is not seeking default judgment because of the incongruity and unfairness that can arise from the possibility of inconsistent judgments. *See Gulf Coast Fans, Inc. v. Midwest Elecs. Imps., Inc.*, 740 F.2d 1499, 1512 (11th Cir. 1984) (holding district court's refusal to set aside default judgment was abuse of

discretion in part where similarly situated but not jointly liable defendant in related suit had prevailed on the merits.). However, the Court has determined this case presents no possibility of inconsistent judgments because there are no allegations of joint and several liability and the remaining Defendants in the case have defaulted. ECF No. [571] at 10 (citing *Max's Creations, Inc v. Individuals*, No. 21-cv-22920, 2022 WL 104216, at *2 (S.D. Fla. Jan. 11, 2022) (finding there was no possibility of inconsistent liability where plaintiff stated there are no allegations of joint and several liability with respect to damages and the remaining Defendants in case either had not appeared or had defaulted)). Accordingly, there is no just reason for delay in this case.

As such, the Court finds entry of final judgment pursuant to Rule 58(b)(2) of the Federal Rules of Civil Procedure is warranted for the reasons stated in the Court's June 20, 2023 Order on Amended Motion for Default Judgment. ECF Nos. [571], [573].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [588]**, is **GRANTED**.

2. The Court shall separately enter a Final Judgment against TFG, Systema Marketing, and Jordan Salkin.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 25, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

Brian and Holly Wilbur
6511 N. Village Road
Parker, CO 80134

TTT Defendants

Case No. 20-cv-25318-BLOOM/Otazo-Reyes

Attn: Brian and Holly Wilbur
6511 N. Village Road
Parker, CO 80134

Jordan Salkin
Freedom Consumer Services LLC
d/b/a Timeshare Freedom Group
Booking # 3213378
Theo Lacy Jail
501 The City Dr. S.
Orange, CA 92867